

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED

NOV 26 2007

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Jimmy O'Neal Brown )
)
    Plaintiff )
) Civil Action No. **5:07-0758**
vs. )
)
West Virginia Crime Lab, Sgt Timothy )      **COMPLAINT**
Grady White, U.S. Attorneys Office, )    By a Federal Prisoner
Southern District W. Va., Rebecca )
Betts, U.S. Attorney, John File, )
A.U.S. Attorney )
)
    Defendants )

I, Jimmy O'Neal Brown, *PRO SE*, do bring forth this civil action against above named defendants pursuant to 403 U.S. 388 (1971) Bivens vs. six unknown agents, and hereby swear that all facts and statements herein are true and correct to the best of my knowledge.

Statement of Facts

1) On July 12, 1998, Plaintiff was arrested for possession of a Schedule II controlled substance due to a field test by W. Va. State Troopers.

2) On August 11, 1998, *All charges were dropped for possession of amphetamines and I was released from custody*. (Emphasis Added)

3) On January 19, 1999, Plaintiff was rearrested and charged with possession of Meth Amphetamines from the July 12, 1998 arrest.

4) In May 1999, *The W. Va. Supreme Court ordered the State Crime Lab to undergo another investigation 'into' fraud and mishandling evidence, this is the same crime lab that was in charge of testing the drugs in my arrest. More specifically, that Trooper Timothy Grady White was one of the lab employees being investigated for fraud and mishandling of evidence. Trooper Timothy Grady White is also the one who tested the drugs in my case. (see Exhibit "A") The U.S. Attorneys office did not at this time or at any other time before,*

*during, or after my trial, inform myself or my attorney of this or prior investigations, despite several requests for evidence.* (Emphasis Added)

5) On May 16, 1999, Plaintiff enacted plea in the above case, but subsequently withdrew my plea to pursue other representation.

6) Without knowledge of Crime Lab faults, my attorney E.L. Morgan Esq., and myself went forward with my case by requesting discovery. (see Exhibit "B", Docket)

7) Between October 15, 1999, and October 22, 1999, Plaintiff received three responses to discovery and still no notification of this or any other Crime Lab investigation was provided to Plaintiff or his counsel.

8) On October 28, 1999, still without being informed about the Crime Lab, under the advice of my attorney, (E.L. Morgan) the Plaintiff Pled Guilty and stipulated to the crime lab report by Trooper White that the substance was Meth Amphetamine.

9) On January 12, 2000, still without knowledge of the Crime Lab Investigation, the plaintiff was sentenced to 188 months by Judge David Faber, whom himself never informed the Court as to the Investigation of the Crime Lab.

10) The Plaintiff is not a chemist, does not use Meth Amphetamines, and was never allowed to test the substance in this case and solely pled guilty because of the Crime Lab's report.

11) On September 15, 2000, sixteen months after W. Va. Supreme Court ordered an investigation of the Crime Lab, the Plaintiff was informed by a letter from U.S. Attorney Rebecca Betts as to the problems at the Crime Lab. Wherein, "The United States is undertaking efforts to have any drug related evidence… retested by a laboratory independent of the W. Va. State Police Lab." (see Exhibit "C")

12) On October 6, 2000, Plaintiff filed, through counsel (E.L. Morgan) to retest the substances related to the instant offense. (see Exhibit "B")

13) On October 31, 2000, Plaintiff received from U.S. Attorney John File a Letter of Intent to retest the substances related to the instant offense.(see Exhibit "C")

14) Over the next few years, numerous attempts by plaintiff to receive the results of the retest have moved no court to order the results to be provided.  (See Exhibit "B")   All avenues have been exhausted, save to bring forth this Bivens Civil Action to seek relief.

15) Further, the plaintiff requested by FOIA for the results of Lab Investigation.  (Exhibit "D")

Claim

1) The West Virginia Crime Lab, during years of mishandling evidence and having other irregularities in procedure, did make it impossible to receive a fair trial as guaranteed by the 4th Amendment.

2) Sergeant Timothy White, did willfully, as an employee of the Lab, along with civilian co-workers, skip procedure, falsified documents and created other irregularities within the Crime Lab.  This made it impossible to receive a fair trial and denied Plaintiff Liberty which is in violation of the 4th and 8th Amendments.

3) *U.S. Attorneys Rebecca Betts and John File, through criminal neglect bordering on malfeasance did violate both the 4th and 8th Amendments by willfully withholding discovery of the problems of the Crime Lab from both the Plaintiff and the Courts, which created a miscarriage of justice, in not informing the Plaintiff of this or other previous investigations of this specific Crime Lab and refusing to supply the results of the retest.  This has caused undue suffering and loss of liberty along with denying due process of the law. (*Emphasis Added)

Relief

1) That this Honorable Court order the results of the retest be given to the Plaintiff.

2) That if no retest was done, that this Honorable Court set aside conviction until a proper retest can be completed and verified, and order a retest of the substances related to the instant offence.

3) That an investigation be ordered into the U.S. Attorneys Office of the Southern District of West Virginia's about Legal System (i.e. Discovery Motions) be forth coming.

4) That both Rebecca Betts and John File of the same U.S. Attorney's Office be held accountable in their professional capacities for violation of Civil Rights Violations against this Plaintiff.

5) That the Plaintiff be awarded monetary damages no less than (2) Two Million Dollars (U.S.) for Actual damages and (1) One Million Dollars U.S. in Punitive damages.

6) That this Court Grant the Plaintiff Immediate Release from Custody for the Duration of all Legal Proceedings.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __31__ day of __Oct__ , 2007.


_Jimmy O'Neal Brown_
Jimmy O'Neal Brown #05742-088, Plaintiff, PRO SE
Federal Correctional Institute
P.O. Box 340 (1BL-125)
Salters, S.C. 29590

# FORENSIC LABORATORY

725 Jefferson Road, Sou

| Post-it® Fax Note | 7671 | Date 7/31/9 | # of pages ▶ |
|---|---|---|---|
| To *John Fi:le* | | From *O L Ayer* | |
| Co./Dept. *U S ATTY* | | Co. | |
| Phone # | | Phone # *256-6725* | |
| Fax # | | Fax # *256-6714* | |

TFC O. L. AYERS
B.C.I. WV STATE POLICE
P. O. BOX 7285
SPRAGUE, WV 25926

This examination has been made with the understanding that the evidence is connected with an official investigation of a criminal matter and that the Laboratory report will be used for official purposes only, related to the investigation or a subsequent criminal prosecution. Authorization cannot be granted for the use of the Laboratory report in connection with a civil proceeding.

REFERENCE:          Jimmy Brown - Suspect
                         Susan Boyd - Suspect

                         Drugs - 07/12/98

EVIDENCE RECEIVED:      07/21/98 via personal delivery
                         by TFC. O. L. Ayers

EVIDENCE DISPOSITION:    Enclosed

EXAMINATION REQUESTED:   Drug Analysis

SPECIMENS:

     Item #1: One plastic bag containing burnt hand rolled
                  cigarettes
     Item #2: One plastic bag containing white chunk material
     Item #3: Three plastic bags containing tan powder

RESULTS OF EXAMINATION:

     Item #1, weighing approximately 0.76 gram, contains
marihuana, a Schedule I controlled substance.

     Item #2, weighing approximately 11.7 grams, contains
cocaine, a Schedule II controlled substance.

     Item #3, weighing a total of approximately 50.9 grams,
contains 22.6% methamphetamine, a Schedule II controlled
substance.

                               Sincerely,

                               T. G. White, Trooper
                               Forensic Chemist

Exhibit

A

APPEAL, CLOSED, Jackson, LC-2

# United States District Court
## Southern District of West Virginia (Beckley)
## CRIMINAL DOCKET FOR CASE #: 5:98-cr-00189-1

Case title: USA v. Brown, et al
Magistrate judge case number: 6:98-mj-00094

Date Filed: 11/10/1998

---

Assigned to: Chief Judge David A.
Faber

### Defendant

**Jimmy O'Neal Brown** (1)
*TERMINATED: 01/13/2000*

represented by **E. Lavoyd Morgan, Jr.**
BARRY L. BRUCE & ASSOCIATES
P. O. Box 388
Lewisburg, WV 24901
304/645-4182
Fax: 645-4183
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Edward H. Weis**
FEDERAL PUBLIC DEFENDER'S
OFFICE
Room 3400
300 Virginia Street East
Charleston, WV 25301
304/347-3350
Fax: 347-3356
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Jimmy O'Neal Brown**
FCI ESTILL
100 Prison Road
P. O. Box 699
Estill, SC 29918
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Exhibit

B

**Tracy Lusk**
200 1/2 S. Walker St.
Princeton, WV 24740
304/431-3333
*TERMINATED: 08/06/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

21:841(a)(1) CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE,
OR DISPENSE a quantity of
methamphetamine and cocainse,
Schedule II controlled substances and
18:2 AIDING AND ABETTING
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

The deft. is committed to the custody of
the US BOP for a 188 month term of
imprisonment; following his term of
incarceration, deft. shall remain on
supervised release for 5 yrs.; deft. is
assessed .00 and fined ,000.00

**Disposition**

**Disposition**

---

**Plaintiff**

**United States of America**
*TERMINATED: 01/13/2000*

represented by **Michael H. Spencer**
U. S. ATTORNEY'S OFFICE
P. O. Box 1713
Charleston, WV 25326-1713
304/345-2200
Fax: 347-5104
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miller A. Bushong, III**
U. S. ATTORNEY'S OFFICE
P. O. Box 1713
Charleston, WV 25326-1713

304/345-2200
Fax: 347-5104
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/09/1998 | | PROBATION OFFICER ASSIGNED as to Jimmy O'Neal Brown PRETRIAL SERVICES: Peggy Adams; PRESENTENCE INVESTIGATION: UNASSIGNED. (slr) Modified on 12/02/1998 (Entered: 11/12/1998) |
| 11/10/1998 | | ARREST WARRANT issued as to Jimmy O'Neal Brown (Warrant issued 10/21/98) (cds) Modified on 11/18/1998 (Entered: 11/18/1998) |
| 01/10/1999 | | SPECIAL ASSESSMENT PAYMENT RECEIVED as to Jimmy O'Neal Brown : $100.00 RECEIVED, RECEIPT NUMBER 074947. cc: U.S. Attorney; U. Probation. (rle) (Entered: 01/11/2000) |
| 01/28/1999 | 18 | PETITION/ORDER directing the Clerk to issue a WHCAP as to Jimmy O'Neal Brown returnable 2/23/99 at 2:30 p.m.. ( Signed by Magistrate Judge Jerry D. Hogg ) cc: defendant and counsel; USA; USM; USP; Judge (slr) (Entered: 01/29/1999) |
| 01/28/1999 | | WRIT of Habeas Corpus ad Prosequendum issued and delivered to USM as to Jimmy O'Neal Brown for 2/23/99. (slr) (Entered: 01/29/1999) |
| 01/29/1999 | 19 | WRIT of Habeas Corpus ad Prosequendum returned unexecuted on 1/29/99 as to Jimmy O'Neal Brown; subject taken into federal custody on 1/27/99 in D/SC. (slr) |
| 01/29/1999 | | ARREST of Jimmy O'Neal Brown in of South Carolina (cds) (Entered: 02/08/1999) |
| 02/08/1999 | 22 | ARREST WARRANT RETURNED EXECUTED as to Jimmy O'Neal Brown on 1/29/99 (cds) |
| 02/08/1999 | 23 | RULE 40 DOCUMENTS as to Jimmy O'Neal Brown received from District of South Carolina; Magistrate Case number: 4:99-156 consisting of (1) Rule 40 Worksheet (2) Waiver of Rule 40 Hearing (3) Commitment to Another District (4) Financial Affidavit (5) Docket Sheet from District of South Carolina (cds) |
| 02/22/1999 | 24 | ORDER as to Jimmy O'Neal Brown cancelling arraignment presently scheduled for 2/23/99 at 2:30 p.m. in Beckley; arraignment will be continued generally until notification from USMS that defendant has arrived in SDWV cc: defendant's counsel; USA; USM; USP by regular mail & FAX; Judge ( Signed by Magistrate Judge Mary S. Feinberg ) (mjp) Modified on 02/22/1999 |
| 02/25/1999 | 25 | ORDER as to Jimmy O'Neal Brown rescheduling Arraignment for 3:00 p.m., 3/2/99, in BECKLEY, for Jimmy O'Neal Brown cc: defendant and |

| | | |
|---|---|---|
| | | counsel; USA; USM; USP; Judge ( Signed by Magistrate Judge Mary S. Feinberg ) (slr) |
| 03/02/1999 | | ARRAIGNMENT as to Jimmy O'Neal Brown held ( Magistrate Judge Mary S. Feinberg ; Court Reporter: Electronic) (slr) |
| 03/02/1999 | 26 | ARRAIGNMENT ORDER AND STANDARD DISCOVERY REQUESTS: Upon Hearing Held 3/2/99; deft. entered PNG to Indictment;trial set to a jury on 9:30 a.m., 5/4/99, in BECKLEY; pretrial hearing on motions set 1:30 p.m., 4/12/99, in BLUEFIELD before Judge David A. Faber; deft did not execute a waiver of right to be present at the hearings on motions prior to trial; deft was detained ; Standard Discovery Request Form executed; govt's responses to deft's standard discovery requests due 3/12/99; reciprocal discovery and filing of additional motions by deft due w/in 10 days of receipt of the requested materials and filing of the govt's written response to deft's discovery requests; jury questionnaires for the petit on the current panel shall be made available to each party for inspection and copying. ( signed by Magistrate Judge Mary S. Feinberg ) (cc: deft and counsel, USA, USM, USP; Judge; Jury Clerk) (slr) |
| 03/02/1999 | 27 | ORDER as to Jimmy O'Neal Brown, continuing the Detention Hearing until 10:30 a.m., 3/5/99, in BECKLEY, for Jimmy O'Neal Brown cc: defendant and counsel; USA; USM; USP; Judge ( Signed by Magistrate Judge Mary S. Feinberg ) (slr) |
| 03/05/1999 | | DETENTION HEARING as to Jimmy O'Neal Brown held ( Magistrate Judge Mary S. Feinberg ; Court Reporter: Electronic) (slr) |
| 03/05/1999 | 28 | WITNESS LIST as to Jimmy O'Neal Brown, RE: Detention Hrg. held 3/5/99 before Mag. Judge Mary Feinberg (slr) |
| 03/05/1999 | 29 | ORDER Upon detention hearing held 3/5/99 as to Jimmy O'Neal Brown; parties agreed that facts contained in the first 3 numbered sections of the Pretrial Services Report could be taken as proven for the purposes of the Detention hrg.; Court found that no condition or combination of conditions would ensure the deft.'s appearance or the safety of any other person and the community; Deft. is detained pending trial. cc: defendant and counsel; USA; USM; USP; Judge ( Signed by Magistrate Judge Mary S. Feinberg ) (slr) |
| 03/05/1999 | 30 | ORDER OF DETENTION PENDING TRIAL as to Jimmy O'Neal Brown ; remanding defendant to custody of U.S. Marshal. ( Signed by Judge Mary S. Feinberg ) cc: defendant and counsel; USA; USM; USP; Judge (slr) |
| 03/17/1999 | 31 | SEALED (mjp) |
| 03/17/1999 | 32 | SEALED (mjp) |
| 03/17/1999 | 33 | RESPONSE by USA to deft's Standard Discovery Requests and REQUEST by USA for Reciprocal Discovery. (slr) |
| 03/18/1999 | 34 | PROBATION OFFICER ASSIGNMENT/SUPERVISION FORM as to |

| | | Jimmy O'Neal Brown ; PROBATION OFFICER: ADAMS; Type of Assignment: PRETRIAL SERVICES. (cds) (Entered: 03/25/1999) |
|---|---|---|
| 04/09/1999 | 35 | ORDER as to Jimmy O'Neal Brown cancelling pretrial motions hearing scheduled 4/12/99 at 1:30 p.m., in Bluefield cc: defendant's counsel; USA; USM; USP; Judge ( Signed by Judge David Faber ) (mjp) |
| 04/13/1999 | 36 | ORDER as to Jimmy O'Neal Brown, set Plea Hearing Deadline for 11:00 5/3/99 for Jimmy O'Neal Brown , in BECKLEY cc: defendant's counsel; USA; USM; USP; Judge ( Signed by Judge David Faber ) (mjp) |
| 04/13/1999 | 37 | MOTION by USA as to Jimmy O'Neal Brown to Schedule Guilty Plea Hearing (slr) |
| 05/03/1999 ₹ | | COURTROOM MEMO as Jimmy O'Neal Brown (parties appeared for plea hearing and defendant informed court that he no longer intends to plead guilty) (mjp) (Entered: 05/04/1999) |
| 05/04/1999 | 40 | ORDER Upon hearing held 5/3/99 as to Jimmy O'Neal Brown, reset Jury Trial for 9:30 5/11/99 for Jimmy O'Neal Brown in BECKLEY, reset Pretrial Motions Hearing for 9:00 5/10/99 for Jimmy O'Neal Brown in BLUEFIELD, to Continue in Interests of Justice Time Excluded from 5/3/99 to 5/11/99 cc: defendant's counsel; USA; USM; USP; Judge ( Signed by Judge David Faber ) (mjp) |
| 05/04/1999 | 41 | ORDER as to Jimmy O'Neal Brown directing Probation Office to deliver to counsel for both sides criminal history portion of Pretrial Services Report on defendant cc: defendant's counsel; USA; USM; USP; Judge ( Signed by Judge David Faber ) (mjp) |
| 05/05/1999 | 43 | ORDER as to Jimmy O'Neal Brown granting [37-1] motion to Schedule Guilty Plea Hearing as to Jimmy O'Neal Brown, reset Plea Hearing Deadline for 1:00 5/6/99 for Jimmy O'Neal Brown , in BLUEFIELD cc: defendant's counsel; USA; USM; USP by mail & FAX; Judge ( Signed by Judge David Faber ) (mjp) |
| 05/06/1999 | | PLEA HEARING as to Jimmy O'Neal Brown held (Judge David Faber; Court Reporter: Teresa Anderson) Jimmy O'Neal Brown count 1 (mjp) |
| 05/06/1999 | 44 | WRITTEN GUILTY PLEA Jimmy O'Neal Brown count 1 (mjp) |
| 05/06/1999 | 45 | LETTER-FORM PLEA AGREEMENT as to Jimmy O'Neal Brown (cc:USP) (mjp) |
| 05/06/1999 | 46 | LETTER as to Jimmy O'Neal Brown from USA addressed to Tracy B. Lusk, Esquire, dated 5/6/99, re: sentencing issues. (mjp) |
| 05/07/1999 | 47 | ORDER Upon hearing held 5/6/99 as to Jimmy O'Neal Brown, set Sentencing for 2:00 7/19/99 for Jimmy O'Neal Brown ; defendant is currently incarcerated and will remain so until sentencing cc: defendant's counsel; USA; USM; USP; Judge ( Signed by Judge David Faber ) (mjp) |
| 05/14/1999 | 48 | PROBATION OFFICER ASSIGNMENT/SUPERVISION FORM as to Jimmy O'Neal Brown ; PROBATION OFFICER: Taylor; Type of |

| | | Assignment: Presentence Investigation. (slr) |
|---|---|---|
| 07/13/1999 | 49 | ORDER reset Sentencing for 1:30 9/13/99 in BECKLEY for Jimmy O'Neal Brown (cc: defendant's counsel; USA; USM; USP; Judge and E. Lavoyd Morgan, Jr., Esq.) ( Signed by Judge David Faber ) (arb) |
| 08/06/1999 | 50 | ORDER SUBSTITUTING COUNSEL: defendant advised Court that he has retained E. Lavoyd Morgan, Jr., Barry L. Bruce and Associates to represent him and it is ORDERED that E. Lavoyd Morgan, Jr. be substituted as Counsel of record for said defendant ( Signed by Judge David Faber ) cc: defendant and counsel; USA; USM; USP; Judge (mjp) |
| 09/10/1999 | 51 | MOTION by Jimmy O'Neal Brown to Continue Sentencing (arb) |
| 09/10/1999 | 52 | ORDER granting [51-1] Defendant's Motion to Continue Sentencing reset Sentencing for 1:00 9/27/99 in BECKLEY for Jimmy O'Neal Brown (cc by mail & fax: Defendant's counsel; USA; USM; USP; Judge) (Signed by Judge David Faber) (arb) |
| 09/15/1999 | 53 | TRANSCRIPT as to Jimmy O'Neal Brown for Plea Hearing held 5/6/99, before Judge David Faber. Court Reporter: Teresa Anderson. (slr) |
| 09/27/1999 | 54 | MOTION by Jimmy O'Neal Brown to Withdraw Plea of Guilty (mjp) |
| 09/27/1999 | | MOTION HEARING as to Jimmy O'Neal Brown re: [54-1] motion to Withdraw Plea of Guilty held ( Judge David Faber ; Court Reporter: Teresa Anderson) (cds) |
| 09/27/1999 | 55 | WITNESS LIST by Jimmy O'Neal Brown, USA (cds) |
| 09/27/1999 | 56 | Exhibit list by Jimmy O'Neal Brown, USA w/govt's exhibits 1 & 2 attached (cds) |
| 09/27/1999 | 57 | ORDER as to Jimmy O'Neal Brown granting [54-1] motion to Withdraw Plea; scheduled Jury Trial for 9:30 10/26/99 in Beckley. cc: defendant and counsel; USA; USM; USP; Judge ( Signed by Judge David Faber ) (cds) (Entered: 09/28/1999) |
| 09/28/1999 | 58 | RESPONSE by USA as to Jimmy O'Neal Brown's [54-1] Motion to Withdraw Plea of Guilty (slr) |
| 10/15/1999 | 60 | FIRST SUPPLEMENTAL RESPONSE by USA to Standard Discovery Requests from defendant Jimmy O'Neal Brown . (slr) |
| 10/18/1999 | 61 | TRANSCRIPT as to Jimmy O'Neal Brown for Motion to Withdraw Plea held 9/27/99, before Judge David Faber. Court Reporter: Teresa Anderson (slr) |
| 10/20/1999 | 62 | SECOND SUPPLEMENTAL RESPONSE by USA to Standard Discovery Requests from defendant Jimmy O'Neal Brown . (slr) |
| 10/20/1999 | 63 | REQUEST by Jimmy O'Neal Brown for issuance of subpoena for Trooper Holster returnable 10/22/99 9:30 a.m. BK. (cds) (Entered: 10/21/1999) |
| | | |

| 10/21/1999 | 64 | MOTION by Jimmy O'Neal Brown to Suppress Evidence with request that an evidentiary hearing be scheduled. (cds) Modified on 10/21/1999 |
|---|---|---|
| 10/21/1999 | 65 | ORDER as to Jimmy O'Neal Brown, set Pretrial Motions Hearing for 9:30 10/22/99 for Jimmy O'Neal Brown , in BECKLEY cc: defendant's counsel; USA; USM; USP; Judge ( Signed by Judge David Faber ) (mjp) (Entered: 10/22/1999) |
| 10/22/1999 | 66 | THIRD SUPPLEMENTAL RESPONSE by USA to Standard Discovery Requests from defendant Jimmy O'Neal Brown . (slr) |
| 10/22/1999 | | MOTION HEARING as to Jimmy O'Neal Brown re: [64-1] motion to Suppress Evidence held ( Judge David Faber ; Court Reporter: Teresa Anderson) (cds) |
| 10/22/1999 | 67 | WITNESS LIST by USA as to Jimmy O'Neal Brown (cds) |
| 10/22/1999 | 68 | Exhibit list by USA as to Jimmy O'Neal Brown w/exhibits attached (cds) |
| 10/25/1999 | 70 | RESPONSE by USA as to Defendant Jimmy O'Neal Brown's [64-1] motion to Suppress Evidence (rle) |
| 10/25/1999 | 71 | ORDER: Upon hearing held 10/22/99 as to Jimmy O'Neal Brown denying [64-1] motion to Suppress Evidence. cc: defendant and counsel; USA; USM; USP; Judge ( Signed by Judge David Faber ) (rle) |
| 10/25/1999 | | PLEA HEARING as to Jimmy O'Neal Brown held ( Judge David Faber ; Court Reporter: Teresa Anderson) Jimmy O'Neal Brown (Deft 1) as to Count 1 (rle) |
| 10/25/1999 | 72 | LETTER as to Jimmy O'Neal Brown from USA addressed to E. Lavoyd Morgan, dated 10/22/99, re: Confirmation of discussion held with counsel and defendant regarding defendant's proposed plea. (rle) |
| 10/25/1999 | 73 | WRITTEN GUILTY PLEA Jimmy O'Neal Brown (Deft 1) as to Count 1 (rle) |
| 10/25/1999 | 74 | LETTER-FORM PLEA AGREEMENT as to Jimmy O'Neal Brown (cc:USP) (rle) |
| 10/25/1999 | 75 | TRANSCRIPT as to Jimmy O'Neal Brown for Preliminary/Detention Hearing held 7/16/98, before Magistrate Judge Mary S. Feinberg . Court Reporter: Barbara Steinke (slr) (Entered: 10/26/1999) |
| 10/28/1999 | 76 | ORDER Upon plea hearing held 10/25/99 as to Jimmy O'Neal Brown; Deft. had previously tendered a guilty plea which the court provisionally accepted pending receipt of a PSIR; after preparation of the report, deft. obtained new counsel and moved to withdraw his guilty plea; 9/27/99, the court permitted deft. to withdraw his guilty plea; a suppression hrg. was held 10/22/99, resulting in the denial of deft.'s mtn. to suppress evidence; subsequently, deft. informed the court that he wished to change his plea to guilty pur. to a written plea agreement; court conditionally accepted deft.'s plea of guilty; court deferred final acceptance of the plea agreement and adjudication of guilt pending receipt of the amended |

| | | |
|---|---|---|
| | | PSIR; scheduling Sentencing for 11:00 a.m., 1/10/2000, in BECKLEY, for Jimmy O'Neal Brown ; directing the Probation Dept. to review its PSIR and submit an amended version to this court; remanding the deft. to the custody of the USMS. defendant and counsel; USA; USM; USP; Judge ( Signed by Judge David Faber ) (slr) |
| 01/10/2000 | | SENTENCING held ( Judge David Faber ; Court Reporter: Teresa Anderson) Jimmy O'Neal Brown, Count 1 (slr) (Entered: 01/11/2000) |
| 01/10/2000 | 77 | WITNESS LIST by Jimmy O'Neal Brown (slr) (Entered: 01/11/2000) |
| 01/10/2000 | 78 | EXHIBIT LIST as to Jimmy O'Neal Brown and USA as to Jimmy O'Neal Brown (**Exhibits attached**) (slr) (Entered: 01/11/2000) |
| 01/13/2000 | 79 | JUDGMENT upon sentencing 1/10/00 Jimmy O'Neal Brown, Count 1: The deft. is committed to the custody of the BOP for a 188 month term of imprisonment; following his of incarceration, deft. shall remain on supervised release for 5 yrs.; deft. is assessed $100.00 and fined $5,000.00; deft. was remanded to the custody of the USMS; Sentenced within Guideline Range. ( Signed by Judge David Faber ) cc: defendant and counsel; USA; USM; USP; Judge (slr) (Entered: 01/14/2000) |
| 01/13/2000 | 80 | MEMORANDUM OF SENTENCING HEARING AND REPORT OF STATEMENT OF REASONS: Upon hearing held 1/10/00 as to Jimmy O'Neal Brown cc: defendant and counsel; USA; USM; USP; Judge ( Signed by Judge David Faber ) (slr) (Entered: 01/14/2000) |
| 01/13/2000 | | **CASE CLOSED as to Jimmy O'Neal Brown and Susan Jane Boyd (all defendants). (slr) (Entered: 01/14/2000) |
| 01/14/2000 | 81 | LETTER from Jimmy O'Neal Brown addressed to Clerk of Courts, dated 1/11/00, requesting copies of transcripts. (slr) |
| 01/19/2000 | 82 | NOTICE OF APPEAL by Jimmy O'Neal Brown from judgment order entered 1/13/00 and REQUEST FOR APPOINTMENT OF COUNSEL. (rle) |
| 01/19/2000 | 83 | TRANSMITTED Notice of Appeal to 4CCa as to Jimmy O'Neal Brown (cc: deft, attys) (rle) |
| 01/21/2000 | 84 | ORDER as to Jimmy O'Neal Brown: granting defendant permission to proceed on appeal in forma pauperis. cc: defendant and counsel; USA; Judge ( Signed by Judge David Faber ) (rle) |
| 01/21/2000 | 85 | TRANSMITTAL of Update to NOA (Pauper status granted) as to Jimmy O'Neal Brown (rle) |
| 01/24/2000 | 86 | SEALED -- PRESENTENCE REPORT. (rle) |
| 02/03/2000 | 88 | NOTICE of Lien for Fine/Restitution as to Jimmy O'Neal Brown issued (orig. and 1). (slr) |
| 02/04/2000 | 89 | ORDER FROM USCA as to Jimmy O'Neal Brown appointing E. Lavoyd Morgan, Jr. as counsel for the appellant. cc: defendant and counsel; USA; USM; USP; Judge () (cds) |

| | | |
|---|---|---|
| 02/04/2000 | 90 | NOTICE OF DOCKETING ROA FROM 4CCA as to Jimmy O'Neal Brown Re: [82-1] appeal 4CCA Number: 00-4070 Case Manager: Taline Akseraylian (cds) |
| 03/16/2000 | 91 | LETTER as to Jimmy O'Neal Brown addressed to Clerk, dated 3/14/00, re: REQUEST FOR CERTIFICATE. (rle) |
| 03/16/2000 | 92 | CERTIFICATE by Clerk OF READINESS OF RECORD ON APPEAL as to Jimmy O'Neal Brown re: [82-1] appeal by Jimmy O'Neal Brown in 4CCA no. 00-4070 (rle) |
| 03/16/2000 | 93 | TRANSMITTAL OF UPDATE ITEM: re: Certificate of Readiness as to Jimmy O'Neal Brown (rle) |
| 03/27/2000 | 94 | ACKNOWLEDGMENT by 4CCA as to Jimmy O'Neal Brown for receipt of Certificate of Readiness on 3/22/00. (rle) |
| 04/14/2000 | 96 | TRANSCRIPT ORDER ACKNOWLEDGMENT from 4CCA, Appeal No. 00-4070 as to Jimmy O'Neal Brown , to Teresa Anderson Court Reporter . Transcript due 5/11/00. (rle) |
| 04/14/2000 | 97 | TRANSCRIPT PURCHASE ORDER by Jimmy O'Neal Brown (rle) |
| 04/27/2000 | 98 | REVISED TRANSCRIPT ORDER ACKNOWLEDGMENT from 4CCA, Appeal No. 00-4070 as to Jimmy O'Neal Brown , to Teresa Anderson Court Reporter . Transcript due 5/18/00. (rle) |
| 05/12/2000 | 99 | TRANSCRIPT as to Jimmy O'Neal Brown for Motions Hearing held 10/22/99, before Judge David Faber . Court Reporter: Teresa L. Anderson (slr) (Entered: 05/15/2000) |
| 05/18/2000 | 100 | TRANSCRIPT as to Jimmy O'Neal Brown for Disposition Hearing held 1/10/00, before Judge David Faber. Court Reporter: Teresa Anderson (mjp) |
| 07/07/2000 | 102 | LETTER as to Jimmy O'Neal Brown addressed to Clerk, USDC, dated 7/3/00, Requesting Supplemental Certificate of Readiness. (cds) |
| 07/07/2000 | 103 | SUPPLEMENTAL CERTIFICATE by Clerk OF READINESS OF RECORD ON APPEAL as to Jimmy O'Neal Brown re: [82-1] appeal by Jimmy O'Neal in 4CCA no. 00-4070 (cds) |
| 07/07/2000 | 104 | TRANSMITTAL OF SUPPLEMENTAL CERTIFICATE OF READINESS to US Court of Appeals. cc: deft., counsel (cds) |
| 07/17/2000 | 105 | ACKNOWLEDGMENT of Receipt of Supplemental Certificate as to Jimmy O'Neal Brown by 4CCA on 7/13/00. (slr) |
| 09/12/2000 | | CLERKS NOTICE certifying and transmitting Certified Copies of Documents 72-76 (Volume 1) to Fourth Circuit Court of Appeals as to Jimmy O'Neal Brown ; [82-1] appeal 4CCA #: 00-4070 (Documents mailed per request of Julie Hall) (cds) |
| 09/18/2000 | | ACKNOWLEDGMENT FROM USCA OF RECEIPT OF CERTIFIED COPIES OF DOCUMENTS 72-76 as to Jimmy O'Neal Brown (cds) |

| | | (Entered: 12/12/2000) |
|---|---|---|
| 10/06/2000 | 106 | MOTION by Jimmy O'Neal Brown for Retesting of Drug-Related Evidence (slr) |
| 10/23/2000 | 107 | OPINION, 4CCA No. 00-4070, as to Jimmy O'Neal Brown, DISMISSING the Appeal (slr) |
| 11/16/2000 | | Record on Appeal returned from U.S. Court of Appeals: [82-1] appeal in one volume of pleadings. (rle) |
| 11/17/2000 | 108 | JUDGMENT OF 4CCA (certified copy) as to Jimmy O'Neal Brown Re: [103-1] appeal, [92-1] appeal dismissing the appeal (rle) |
| 02/06/2001 | 110 | LETTER as to Jimmy O'Neal Brown from USA addressed to Ronald D. Lawson, dated 1/2/01, re: Special Assessment paid in full; US Atty's record closed (slr) (Entered: 02/07/2001) |
| 03/01/2001 | 111 | LETTER as to Jimmy O'Neal Brown addressed to Clerk of Court, dated 2/22/01, re: Request for transcript and and updated docket sheet (copy of letter forwarded to Teresa Anderson). (rle) |
| 05/14/2001 | 112 | MOTION by Jimmy O'Neal Brown under 28 U.S.C. 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody. ( Civil Action No: 5:01-0410) (slr) |
| 05/14/2001 | 113 | STANDING ORDER ENTERED MAY 7, 1999: (1) All Applications to proceed in forma pauperis in civil cases are referred to the Magistrate Judge for consideration pursuant to Title 28, United States Code, Section 636; the Clerk, upon written Order from the Magistrate Judge, shall return any deficient document as specified in the Order if there is a deficiency in accordance with the statute; (2) all civil actions filed by persons who are in custody and all civil actions by persons who are not incarcerated but which are filed pro se pursuant to Title 42, United States Code, Section 1983, Title 28, United States Code, Sections 2255, 2254, and 2241, or other federal statutes and all civil actions for judicial review of administrative determination under the Social Security Act are referred to the Magistrate Judge pursuant to Title 28, United States Code, Section 636; (3) all applications for an award of attorneys' fees from judicial review of administrative decisions under the Social Security Act and all applications for fees and other expenses under the Equal Access to Justice Act, Title 28, United States Code, Section 2412 (d), are referred to the Magistrate Judge. THIS CASE REFERRED as to Jimmy O'Neal Brown to Magistrate Judge Mary S. Feinberg (cc: attys, pro se parties, USM, USP, District Judge, Mag. Judge) (slr) |
| 05/14/2001 | 114 | NOTICE of Filing of 2255 Motion by Jimmy O'Neal Brown (cc: Judge Faber; Charles T. Miler, US Attorney; deft.) (slr) |
| 06/05/2001 | 115 | MOTION by Jimmy O'Neal Brown to Amend and Enlarge The Scope of his [112-1] motion under 28 U.S.C. 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody. ( Civil Action No: 5:01-0410) (cds) |

| 06/25/2001 | 116 | ORDER as to Jimmy O'Neal Brown granting [115-1] motion to Amend and Enlarge The Scope of his [112-1] motion under 28 U.S.C. 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody; the additional material offered by Movant is incorporated in his Motion ( Civil Action No: 5:01-0410) cc: defendant and USA ( Signed by Magistrate Judge Mary S. Feinberg ) (slr) |
|---|---|---|
| 07/24/2001 | 117 | PROPOSED FINDINGS AND RECOMMENDATIONS of Magistrate Judge Mary S. Feinberg as to Jimmy O'Neal Brown Re: [112-1] motion under 28 U.S.C. 2255 to Vacate, Set Aside or Correct Sentence by Person in Federal Custody. ( Civil Action No: 5:01-0410). Proposing that the District Court find that Defendant's Motion and the files and records of the case conclusively show that Defendant is not entitled to relief and that an evidentiary hearing is not required. Recommending that the District Court deny Defendant's 2255 Motion, order its summary dismissal and cause Defendant to be notified. Motion no longer referred. Objections to F and R due by 8/10/01 (rle) |
| 07/31/2001 | 118 | REQUEST FOR STATUS REPORT by Jimmy O'Neal Brown (rle) |
| 08/13/2001 | 119 | SUPPORTING BRIEF AND OBJECTIONS by Jimmy O'Neal Brown to [117-1] Proposed Findings and Recommendations by Magistrate Judge Feinberg (slr) |
| 10/19/2001 | 120 | REQUEST by Jimmy O'Neal Brown for Status Report (slr) |
| 10/19/2001 | | NOTE TO FILE: Forwarded copy of current docket sheet as to Jimmy O'Neal Brown, pursuant to deft.'s letter request for status report (slr) |
| 11/06/2001 | 121 | PRO SE MOTION by Jimmy O'Neal Brown to Compel Judgment on Motion for Re-Test (slr) |
| 11/20/2001 | 122 | GRAND JURY RETURN ORDER as to Jimmy O'Neal Brown, Susan Jane Boyd; Grand Jury No. 97-1 returned indictments 10/21/98. (signed by Magistrate Judge Jerry D. Hogg) (pdb) |
| 01/09/2002 | 123 | Copy of LETTER from 4CCA addressed to Jimmy O'Neal Brown, dated 1/7/02, re: failure of compliance w/rule 21 when filing his Writ of Mandamus. (rle) |
| 01/14/2002 | 124 | STANDING ORDER IN RE: REFERRAL OF CIVIL ACTION MATTERS TO MAGISTRATE JUDGES ENTERED DECEMBER 28, 2001, NUNC PRO TUNC DECEMBER 26, 2001: Pursuant to 28 USC 636, certain types of civil actions and certain types of motions in civil cases may be referred to the divisions as follows: For Beckley and Bluefield, to Magistrate Judge R. Clarke VanDervort; for Charleston and Parkersburg, to Magistrate Judge Mary E. Stanley; for Huntington, to Magistrate Judge Maurice G. Taylor, Jr.; the types of motions referred in all civil actions are: (1) applications to proceed in forma pauperis; (2) discovery disputes; and (3) discovery issues that arise post-judgment, such as interrogatories in aid of execution, judgment debtor examinations, and motions to compel answers to suggestions; the types of civil actions referred for total pretrial management and/or proposed |

| | | |
|---|---|---|
| | | findings of fact and recommendations for disposition are: (1) Actions for judicial review of an administrative determination under the Social Security Act, including applications for award of attorneys' fees and expenses under the Social Security Act or the Equal Access to Justice Act; and (2) Actions filed by persons proceeding pro se, whether in custody or not, until such person is represented by counsel; this order supersedes prior standing orders and referral orders in pending cases, but prior rulings made thereunder remain the law of the particular case. THIS CASE REFERRED TO Magistrate Judge R. Clarke VanDervort. (cc: attys; any unrepresented party) (gan) |
| 04/25/2002 | 125 | MOTION by Jimmy O'Neal Brown for the Court to Take Judicial Notice (rle) |
| 06/03/2002 | 126 | MOTION by Jimmy O'Neal Brown to Supplement Pending [112-1] Motion under 28 U.S.C. 2255 to Vacate, Set Aside or Correct Sentence by Person in Federal Custody. ( Civil Action No: 5:01-0410) (slr) |
| 06/21/2002 | 127 | Copy of ORDER (4CCA) as to Jimmy O'Neal Brown: denying appellant's petition for rehearing and rehearing en banc. (rle) |
| 01/02/2003 | 128 | TRANSCRIPT as to Jimmy O'Neal Brown for Plea Hearing held 10/25/99, before Judge David Faber . Court Reporter: Teresa Anderson (rle) (Entered: 01/03/2003) |
| 02/19/2003 | 129 | LETTER from Jimmy O'Neal Brown addressed to Clerk, U. S. District Court, dated 2/13/03, re: Status of Motion to Retest Drugs. (slr) |
| 02/19/2003 | | NOTE TO FILE: Mailed current copy of docket sheet as to Jimmy O'Neal Brown to Deft. pursuant to letter request. (slr) |
| 03/06/2003 | | COURT PROCEEDING - Initial Appearance on Revocation Petition; JUDGE VanDervort; COURT REPORTER Electronic (slr) |
| 03/11/2003 | | COURT PROCEEDING PRELIMINARY/DETENTION HEARING; JUDGE VanDervort; COURT REPORTER Electronic (slr) |
| 01/08/2004 | 146 | LETTER from Jimmy O'Neal Brown addressed to Clerk, U. S. District Court, Requesting Status of 2255 and Requesting Copy of Docket Sheet. (slr) |
| 01/08/2004 | | NOTE TO FILE: Copy of docket sheet forwarded to Jimmy O'Neal Brown (slr) |
| 01/13/2004 | 147 | ORDER as to Jimmy O'Neal Brown denying as moot [121-1] Motion to Compel Judgment on Motion for Re-Test; denying as moot [125-1] Motion for the Court to Take Judicial Notice; denying [126-1] Motion to Supplement Pending [112-1] Motion under U.S.C. 2255 to Vacate, Set Aside or Correct Sentence by Person in Federal Custody. ( Civil Action No: 5:01-0410) cc: defendant; USA; Judge ( Signed by Magistrate Judge VanDervort ) (slr) |
| 03/08/2004 | 148 | MOTION by Jimmy O'Neal Brown to Vacate [79-1] Judgment Order and to Correct Sentence (slr) |

| 03/08/2004 | | NOTE TO FILE: Forwarded copy of docket sheet to Jimmy O'Neal Brown, pursuant to letter request. (slr) |
|---|---|---|
| 03/18/2004 | 149 | MOTION by Jimmy O'Neal Brown to Decline Magistrate (slr) |
| 05/13/2004 | ◉ 151 | PROPOSED FINDINGS AND RECOMMENDATIONS recommending that the District Court deny/dismiss Movant's [112] Motion Under 2255 to Vacate, Set Aside or Correct his Sentence, and Movant's 148 Motion to Vacate, Set Aside or Correct his Sentence and remove this matter from the Court's docket. Objections to PF&R due by 5/28/2004. Signed by Judge R. Clarke VanDervort on 5/12/2004. (cc: Judge, USA, deft) (slr) |
| 05/24/2004 | ◉ 152 | MOTION by Jimmy O'Neal Brown for Leave to File Amended Complaint (slr) |
| 05/24/2004 | ◉ 153 | (AMENDED) MOTION by Jimmy O'Neal Brown to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to Title 28, United States Code, Section 2255. Cross Reference Civil Case Number 5:01-410. (slr) |
| 05/24/2004 | ◉ 154 | MEMORANDUM & AUTHORITIES IN SUPPORT of Amended 153 Motion to Vacate, Set Aside or Correct Sentence (2255), filed by Jimmy O. Brown |
| 05/26/2004 | ◉ 155 | OBJECTIONS TO MAGISTRATE'S PROPOSED FINDINGS AND RECOMENDATIONS [117] by Jimmy O'Neal Brown (cds) |
| 05/28/2004 | ◉ 156 | COPY OF 4CCA JUDGMENT in 4CCA Case No. 03-7754. A certified copy of this judgment will be provided to the district court upon issuance of the mandate. This judgment will not take effect until issuance of the mandate. (cds) |
| 06/01/2004 | ◉ 157 | ORDER finding that (1) the Movant's guilty plea to the offense for which he is currently serving a 188-month term of incarceration constituted an admission of the offense's essential elements, including the identity and quantity of the controlled substances; (2) that the irregularities at the WV State Police Laboratory do not constitute a fair and just reason for withdrawal of his plea; (3) that none of the movant's allegations suggest that his guilty plea was not knowing and voluntary; (4) that any irregularity in the grand jury proceedings did not prejudice him; (5) that movant's counsel was not ineffective for failing to challenge lab reports, which were presented to the grand jury when it indicted him; (6) that the movant's ineffective assistance of counsel based on Apprendi v. New Jersey is without merit; (7) that the movant's files and records of the case conclusively show that he is not entitled to relief and (8) that the movant's files and records of the case conclusively show that an evidentiary hearing is not required; denying and dismissing movant's [112] 2255 Motion. Signed by Chief Judge David A. Faber on 6/1/2004. (cc: Judge, USA, USP, USM, counsel, deft) (slr) |
| 06/14/2004 | ◉ 158 | MOTION by Jimmy O'Neal Brown for Retesting Drug-Related Evidence (rle) |
| | | |

| 06/21/2004 | ●159 | LETTER from 4CCA, dated 06/17/04, re: a petition for Rehearing has been filed and a timely petition for rehearing en banc has been filed in 4CCA Case No. 03-7754 as to Jimmy O'Neal Brown. (tmr) |
| 06/22/2004 | ●160 | PETITION for Panel Reconsideration and/or Suggestion for Rehearing En-Banc as to Jimmy O'Neal Brown (Appeal No. 03-7754) (**Copy mailed to USCA, 4th Circuit) |
| 06/28/2004 | ●161 | LETTER to Clerk of Court, from Jimmy O. Brown dated 6/9/2004, re: Requesting Copy of Local Rules (**Forwarded copy of Local Rules to Jimmy O. Brown**) |
| 08/05/2004 | ●162 | NOTICE OF APPEAL (Interlocutory) by Jimmy O'Neal Brown re 157 Order entered 6/1/04. (slr) |
| 08/05/2004 | ●163 | MOTION by Jimmy O'Neal Brown and Affidavit for Leave to Proceed in Forma Pauperis Pursuant to Title 28 U.S.C. Section 1915 (slr) |
| 08/05/2004 | ●164 | MOTION by Jimmy O'Neal Brown Requesting Certificate of Appealability Pursuant to Title 28 U.S.C. Section 2253 (slr) |
| 08/05/2004 | ●165 | NOTICE OF APPELLATE ACTION - TRANSMITTING NOTICE OF APPEAL AND DOCKET SHEET TO 4CCA as to Jimmy O'Neal Brown re: 162 Notice of Appeal - Interlocutory. (slr) |
| 08/09/2004 | ●166 | ORDER OF 4CCA as to [82] Notice of Appeal ON PETITION FOR REHEARING AND REHEARING EN BANC in 4CCA Case No. 03-7754: denying the Petition for rehearin g and rehearing en banc. (slr) |
| 08/20/2004 | ●167 | NOTICE OF APPELLATE ACTION RECEIVED as to Jimmy O'Neal Brown re: 162 Notice of Appeal - Interlocutory. 4CCA Case Number: 04-7297. 4CCA Case Manager: S. J. Beasley. (slr) |
| 08/20/2004 | ●168 | LETTER from 4CCA dated 8/17/2004, requesting transmittal of ROA in 4CCA Case Number 04-7297. (**Letter states that, if the District Court requires the record for the purposes of ruling on pending motion, record should be forwarded to USCA immediately after resolution of motion(s) **) (slr) |
| 09/28/2004 | ●169 | ORDER: finding that Movant's claims that the Government breached its promise and his attorney was ineffective for filing to pursue the matter are without merit; denying Movant Jimmy O'Neal Brown's 152 Motion for Leave to File Amended Complaint. Signed by Judge R. Clarke VanDervort on 9/27/2004. (cc: Judge, USA, USP, USM, counsel, deft) (rle) |
| 10/18/2004 | ●170 | MOTION by Jimmy O'Neal Brown to Compel Performance (cds) |
| 11/05/2004 | ●171 | LETTER to USDC, from USCA dated 11/2/2004, re: Seeking information re: Appellant's application for leave to proceed on appeal in forma pauperis |
| 01/13/2005 | ●172 | LETTER to Clerk of Court, from Shirley Beasley, Case Manager dated 1/10/2005, Requesting to be advised when action will be taken on |

| | | |
|---|---|---|
| | | appellant's motion for leave to proceed on appeal IFP |
| 01/24/2005 | 173 | ORDER: Jimmy O'Neal Brown will not be permitted to proceed on appeal in forma pauperis . Signed by Judge David A. Faber on 1/24/2005. (cc: Judge, USA, USP, USM, counsel, deft) (cds) |
| 01/24/2005 | 174 | ORDER denying 163 Motion for Leave to Proceed on Appeal in Forma Pauperis as to Jimmy O'Neal Brown (1). Signed by Judge David A. Faber on 1/24/2005. (cc: Judge, USA, USP, USM, counsel, deft) (cds) |
| 01/24/2005 | 175 | UPDATE TO NOTICE OF APPELLATE ACTION as to Jimmy O'Neal Brown re: ORDER DENYING IFP STATUS in 4CCA Case No. 04-7297. (cds) |
| 01/31/2005 | 176 | NOTICE OF APPELLATE ACTION BY 4CCA ACKNOWLEDGING RECEIPT OF UPDATE ITEM on 1/28/05, re: Order denying IFP status in 4CCA Case No. 04-7297 as to Jimmy O'Neal Brown. (rle) |
| 01/31/2005 | 177 | LETTER to Jimmy O'Neal Brown, from 4CCA dated 1/26/2005, re: payment of filing fee and/or application to proceed IFP Modified on 2/10/2005 (Staples, Cassandra). |
| 02/09/2005 | 178 | MOTION by Jimmy O'Neal Brown for Reconsideration and/or to Alter or Amend Judgment Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (cds) (Entered: 02/10/2005) |
| 02/14/2005 | 179 | LETTER from 4CCA dated 2/8/2005, requesting transmittal of ROA in 4CCA Case Number 04-7297. (rle) |
| 02/15/2005 | 180 | NOTICE OF APPELLATE ACTION - CERTIFIED AND TRANSMITTED RECORD ON APPEAL as to Jimmy O'Neal Brown TO 4CCA re: 162 Notice of Appeal - Interlocutory. (11 volumes). (rle) |
| 02/22/2005 | 181 | NOTICE OF APPELLATE ACTION BY 4CCA ACKNOWLEDGING RECEIPT OF RECORD ON APPEAL on 2/17/05 in 4CCA Case No. 04-7297 as to Jimmy O'Neal Brown. (rle) |
| 02/25/2005 | 182 | LETTER to Jimmy O'Neal Brown, from 4CCA dated 2/22/2005, re: docket fee for filing petition for a writ of mandamus, payment to be made to Clerk, US Court of Appeals |
| 02/25/2005 | 183 | LETTER to Jimmy O'Neal Brown, from 4CCA dated 2/22/2005, re: non-compliance with Rule 21 of FRApP (proof of service of writ of mandamus on trial court judge) |
| 02/28/2005 | 184 | Copy of Defendant Jimmy O'Neal Brown's Motion for Writ of Mandamus pursuant to 28 USC 1651, filed with the Fourth Circuit Court of Appeals. |
| 06/30/2005 | 186 | COURTESY COPY OF OPINION OF 4CCA re: 162 Notice of Appeal in 4CCA Case No. 04-7297. (rle) |
| 06/30/2005 | 187 | COPY OF 4CCA JUDGMENT in 4CCA Case No. 04-7297: granting a certificate of appealability, vacating and remanding the judgment of the District Court. A certified copy of this judgment will be provided to the |

Case 5:07-cv-00758   Document 1   Filed 11/26/07   Page 21 of 61 PageID #: 216

| | | district court upon issuance of the mandate. This judgment will not take effect until issuance of the mandate. (rle) |
|---|---|---|
| 08/23/2005 | ●188 | JUDGMENT/MANDATE OF 4CCA (CERTIFIED COPY) as to Jimmy O'Neal Brown re 162 Notice of Appeal - Interlocutory. (Attachments: # 1) (cds) |
| 08/23/2005 | ●189 | LETTER FROM 4CCA RETURNING APPEAL RECORD in 11 Volumes as to Jimmy O'Neal Brown re: 162 Notice of Appeal. (cds) |
| 09/02/2005 | ●190 | MOTION by Jimmy O'Neal Brown to Amend 119 Supporting Brief and Objections to Proposed Findings and Recommendations, and REQUEST to have Government forward results of its retest of drug evidence to Defendant. (rle) |
| 09/29/2005 | ●202 | MEMORANDUM OPINION AND ORDER: Petitioner's objections to the PF&R are overruled; 2255 Motion is dismissed; Petitioner's motion to vacate judgment order and correct sentence dismissed; Petitioner's motion to amend supporting brief and objections denied. Clerk is directed to strike this case from the active docket of the court. Signed by Judge David A. Faber on 9/29/2005. (cc: Judge, USA, USP, USM, counsel, deft) (rle) |
| 11/21/2005 | ●206 | NOTICE OF APPEAL by Jimmy O'Neal Brown (cds) |
| 11/21/2005 | ●207 | MOTION and AFFIDAVIT by Jimmy O'Neal Brown for Leave to Appeal In Forma Pauperis Pursuant to Title 28 USC 1915. (cds) |
| 11/21/2005 | ●208 | MOTION by Jimmy O'Neal Brown Requesting Certificate of Appealability Pursuant to Title 28 USC 2253. (cds) |
| 11/21/2005 | ●209 | NOTICE OF APPELLATE ACTION - TRANSMITTING NOTICE OF APPEAL AND DOCKET SHEET TO 4CCA as to Jimmy O'Neal Brown re: 206 Notice of Appeal (cds) |
| 11/29/2005 | ●210 | ORDER: Directing that Jimmy O'Neal Brown, may proceed on appeal in forma pauperis . Signed by Judge David A. Faber on 11/29/2005. (cc: Judge, USA, USP, USM, counsel, deft) (cds) |
| 11/30/2005 | ●211 | UPDATE TO NOTICE OF APPELLATE ACTION as to Jimmy O'Neal Brown re: TRANSMITTING ORDER GRANTING IFP STATUS. (cds) |

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT
OF WEST VIRGINIA AT BECKLEY

**FILED**

**C** **- 6 2000**

SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy C
Southern D.

UNITED STATES OF AMERICA,

PLAINTIFF.

VS.                                     DISTRICT COURT NO. 5:98-00189-01

JIMMY O'NEAL BROWN,

DEFENDANT.

## MOTION FOR RETESTING OF DRUG-RELATED EVIDENCE

COMES NOW the Defendant, Jimmy O'Neal Brown, by and through his

counsel, E. Lavoyd Morgan, Jr., and moves this Honorable Court to Order that

all drug-related evidence previously offered against him be retested by an

independent laboratory. In support of his Motion, defendant states the

following:

1.  Defendant was previously before this Court pursuant to his being

    charged with Aiding and Abetting the Knowing and Intentional

    Possession with Intent to Distribute Methamphetamine and

    Cocaine. On October 25, 1999, Defendant, entered a plea of guilty

    and was subsequently sentenced on January 10, 2000 to a term of

    188 months;

2.  The drug evidence offered against Defendant had been tested by

    West Virginia State Police Forensic Laboratory;

3.  By letter dated August 15, 2000, defendant was advised that the

    United States has received evidence of certain irregularities and the

Exhibit
B
Docket # 106

106

## CERTIFICATE OF SERVICE

I, E. Lavoyd Morgan, Jr., does hereby certify that service of the

attached Motion for Retesting of Drug-Related Evidence was made upon

the State of West Virginia by mailing a true and correct copy in the U.S.

Mail, postage prepaid and properly addressed to:

> Miller A. Bushong, III
> Assistant United States Attorney
> P.O. Box 1713
> Charleston, West Virginia  25301

This _5th_ day of October, 2000.

E. Lavoyd Morgan, Jr.

LAVOYD MORGAN, JR.
ATTORNEY AT LAW
PO BOX 1847
LEWISBURG, WV 24901

Prepared by:



E. Lavoyd Morgan, Jr.
Counsel for Defendant
(304)645-7120
West Virginia State Bar No. 6938



Approved by:



_____

Miller A. Bushong, III
Assistant United States Attorney
P.O. Box 1713
Charleston, West Virginia  25301



U. S. Department of Justice

*United States Attorney*
*Southern District of West Virginia*

| | |
|---|---|
| *United States Courthouse* | *Mailing Address:* |
| *300 Virginia Street, E.* | *Post Office Box 1713* |
| *Room 4000* | *Charleston, West Virginia 25326-1713* |
| *Charleston, West Virginia 25301* | *(304) 345-2200* |
| *FAX: (304) 347-5104* | *1-800-659-8726* |

September 15, 2000

E. Lavoyd Morgan, Jr., Esquire
Post Office Box 388
Lewisburg, West Virginia 24901

  Re: United States v. Jimmy O'Neal Brown
     Appeal No. 00-4070

Dear Mr. Morgan:

  This is to advise you that the United States has received evidence of certain irregularities in the process in which drug-related evidence has been tested and analyzed by the Drug Section of the West Virginia State Police Forensic Laboratory. An investigation of these irregularities is ongoing.

  In light of this evidence, and to assure there is no miscarriage of justice, the United States is undertaking efforts to have any drug-related evidence offered or to be offered against a defendant to be retested by a laboratory independent of the West Virginia State Police Lab.

  The defendant may of course stipulate to the drugs in the case and forego the need for such retesting. Absent such a stipulation, however, the United States will proceed with retesting.

  The United States wanted you to be apprised of this development as soon as possible so that you can appropriately represent your client.

  If you wish to discuss the specifics of your case, please contact the Assistant United States Attorney handling your case.

        Very truly yours,

        REBECCA A. BETTS
        United States Attorney

RAB:JLF/ljw

Exhibit
C



U. S. Department of Justice

*United States Attorney*
*Southern District of West Virginia*

October 31, 2000

| | |
|---|---|
| *United States Courthouse* | *Mailing Address:* |
| *300 Virginia Street, E.* | *Post Office Box 1713* |
| *Room 4000* | *Charleston, West Virginia 25326-1713* |
| *Charleston, West Virginia 25301* | *(304) 345-2200* |
| *FAX: (304) 347-5104* | *1-800-659-8726* |

E. Lavoyd Morgan, Jr., Esquire
Post Office Box 1847
Lewisburg, West Virginia   24901

        Re:   United States v. Jimmy O'Neal Brown
              Criminal No. 5:98-00189-01

Dear Mr. Morgan:

    I am in receipt of your letter to Miller Bushong in our
office. We intend to have the drugs retested by the DEA. If that
does not suffice, I will not object to your having them retested
privately under appropriate security conditions.

    Please call me at your convenience to discuss this. Thank you
for your cooperation.

                        Very truly yours,

                        REBECCA A. BETTS
                        United States Attorney

            By:         JOHN L. FILE
                        Assistant United States Attorney

JLF/ljw





**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

March 11, 2004

Mr. Jimmy O. Brown
**05742-088/BB
Post Office Box 699
Estill, SC 29918-0699

Dear Mr. Brown:

A copy of your letter asking for information maintained by the FBI under the Freedom of Information Act (FOIA) concerning other individuals is being returned to you.

Before we commence processing your request for records pertaining to other individuals, we ask that you submit to the FBI either proof of death or a privacy waiver from these people. Proof of death can be a copy of a death certificate, obituary or a recognized reference source. Death is presumed if the birth date of the subject is more than 100 years ago. Without proof of death or a privacy waiver, the disclosure of law enforcement records or information about another person is considered an unwarranted invasion of personal privacy. Such records, if they exist, are exempt from disclosure pursuant to Exemptions (b)(6) and/or (b)(7)(C) of the FOIA, Title 5, United States Code, Section 552.

Enclosed is a Privacy Waiver and Certification of Identity form. (You may make extra copies) The subjects of your request should complete the form and then sign it, preferably in the presence of a notary. Please note that mail addressed to the FBI is delayed several weeks due to increased security procedures now in place. You may fax your response directly to the RID Section at 202-324-3752.

In order to ensure an accurate search of our records, please provide your subjects complete name, date of birth and place of birth.

Once you have provided us with the necessary information, as described above, we will conduct a search of our records and advise you of the results.

This response should not be considered an indication of whether or not records responsive to your request exist in FBI files.

Exhibit
D

Sincerely yours,

David M. Hardy

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosures (2)

All Attached Correspondence Must Be Returned to the FBI With This Letter

JIMMY O. BROWN
05742-088/BB
P.O. BOX 699
ESTILLL, SC 29918-0699

---

March 1, 2004

Federal Bureau of Investigations
Freedom Of Information/Privacy Act Dept.
J. Edgar Hoover Bldg.
935 Pennsylvania Ave.
NW, Washington, DC 20534

Re: Freedom of Information/Privacy Act

Dear FOI/PA Coordinator:

I am requesting, pursuant to 28 CFR § 16 et., seq. and the
Freedom of Information/Privacy Act, 5 U.S.C. § 552a, the
production of the following records.

1. In 2000, lab officials of the West Virginia State
   Police Laboratory were investigated by the Federal
   Bureau of Investigation for skipping tests and ignoring
   procedures that resulted in inaccurate lab findings. A
   FBI report was issued with regards to this
   investigation. I am seeking a copy of this report and
   its accompanying individual investigations.

2. Based on the above, please provide any records
   concerning retesting, the identity and the nature of
   the discrepancies related to individual tests.

Pursuant to § 16.5, I and requesting that you r officer respond
to this FOI/PA request within the allocated ten day period.
And, as such, your prompt cooperation in this matter will be
most appreciated.

Sincerely,

Jimmy O. Brown

JB/js

cc: personal files

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA OCT 18 2004

TERESA L. DEPPNER, CLERK

JIMMY O. BROWN,                          )
                                         )
            Movant,                      )    CRIMINAL NUMBER: 5:98-00189-01
                                         )
      v.                                 )
                                         )    MOTION TO COMPEL PERFORMANCE
UNITED STATES OF AMERICA,                )
                                         )
            Respondent.                  )
_____    )

COMES NOW the movant, Jimmy O. Brown, in propria persona, in the above entitled cause, and hereby moves this Honorable Court to issue an Order compelling the United States to performance.  As good grounds in support of his motion, movant would show:

1.  In a letter dated September 15, 2000, by United States Attorney Rebecca A. Betts, movant was advised that "to assure there is no miscarriage of justice, the United States is undertaking efforts to have any drug-related evidence offered or to be offered against a defendant to be retested by a laboratory independent of the West Virginia State Police Lab." (See Exhibit "A")

2.  This letter occurred as a result of the United States receiving "evidence of certain irregularities in the process in which drug-related evidence ha[d] been tested and analyzed by the Drug Section of the West Virginia State Police Forensic Laboratory".

3.  The United States qualified that movant "may of course stipulate to the drugs in the case and forego the need for such retesting.  Absent such a stipulation, however, [the United States asserted] that [it would] proceed with retesting."

4.  Movant did not stipulate to the drugs.  In fact, movant's attorney contacted Assistant U.S. Attorney Miller Bushong, to have


Exhibit
E

the retest conducted, and filed a motion for that purpose.

5.  In a letter dated October 31, 2000, movant's attorney was advised by Assistant U.S. Attorney John L. File, of the United States' intent "to have the drugs retested by the DEA". (See Exhibit "B")

6.  The United States went on to state that if the retesting by the DEA "d[id] not suffice, [the United States would] not object to [] having them retested privately under appropriate security conditions".

7.  Once again, movant did not contest the retesting.

8.  It is movant's pistion that on two (2) separate occassions the United States has stated that, to insure there is no miscarriage of justice, it was going to have the drugs used in movant's case retested, and they have not done so.

9.  Movant asserts that it is in the interests of justice and appearance of fairness to have the drug-related evidence of this case retested, and that since the United States has failed to perform the retest as stated, this Court should compell them to perform in the manner they have said they would, and provide movant with a copy of the retest results.

WHEREFORE, for good grounds shown, movant respectfully requests that this Honorable Court issue an Order directing the United States to conduct a retest on the drug-related evidence offered and used against the movant and to provide movant with a copy of the results.

Respectfully submitted this _14th_ day of October, 2004.

By: _Jimmy Q. Brown_

2

# C E R T I F I C A T E   O F   S E R V I C E

    This is to certify that the undersigned has this date served the foregoing **MOTION TO COMPELL PERFORMANCE** in the above-captioned action upon all other parties to this cause by depositing a copy hereof in a postpaid wrapped in FCI Estill's official legal depository addressed as follows:

**ADDRESSEE(S):**

OFFICE OF THE U.S. ATTORNEY
P.O. BOX 1713
CHARLESTON, WV 25326 - 1713

This _14th_ day of October, 2004.

Jimmy D. Brown

*during, or after my trial, inform myself or my attorney of
this or prior investigations, despite several requests for
evidence.* (Emphasis Added)

5) On May 16, 1999, Plaintiff enacted plea in the above case,
but subsequently withdrew my plea to pursue other
representation.

6) Without knowledge of Crime Lab faults, my attorney E.L.
Morgan Esq., and myself went forward with my case by
requesting discovery. (see Exhibit "B", Docket)

7) Between October 15, 1999, and October 22, 1999, Plaintiff
received three responses to discovery and still no
notification of this or any other Crime Lab investigation was
provided to Plaintiff or his counsel.

8) On October 28, 1999, still without being informed about the
Crime Lab, under the advice of my attorney, (E.L. Morgan) the
Plaintiff Pled Guilty and stipulated to the crime lab report
by Trooper White that the substance was Meth Amphetamine.

9) On January 12, 2000, still without knowledge of the Crime Lab
Investigation, the plaintiff was sentenced to 188 months by
Judge David Faber, whom himself never informed the Court as
to the Investigation of the Crime Lab.

10) The Plaintiff is not a chemist, does not use Meth
Amphetamines, and was never allowed to test the substance in
this case and solely pled guilty because of the Crime Lab's
report.

11) On September 15, 2000, sixteen months after W. Va. Supreme
Court ordered an investigation of the Crime Lab, the
Plaintiff was informed by a letter from U.S. Attorney Rebecca
Betts as to the problems at the Crime Lab. Wherein, "The
United States is undertaking efforts to have any drug related
evidence… retested by a laboratory independent of the W. Va.
State Police Lab." (see Exhibit "C")

12) On October 6, 2000, Plaintiff filed, through counsel (E.L.
Morgan) to retest the substances related to the instant
offense. (see Exhibit "B")

13) On October 31, 2000, Plaintiff received from U.S. Attorney
John File a Letter of Intent to retest the substances related
to the instant offense.(see Exhibit "C")

14) Over the next few years, numerous attempts by plaintiff to receive the results of the retest have moved no court to order the results to be provided. (See Exhibit "B") All avenues have been exhausted, save to bring forth this Bivens Civil Action to seek relief.

15) Further, the plaintiff requested by FOIA for the results of Lab Investigation. (Exhibit "D")

## Claim

1) The West Virginia Crime Lab, during years of mishandling evidence and having other irregularities in procedure, did make it impossible to receive a fair trial as guaranteed by the 4th Amendment.

2) Sergeant Timothy White, did willfully, as an employee of the Lab, along with civilian co-workers, skip procedure, falsified documents and created other irregularities within the Crime Lab. This made it impossible to receive a fair trial and denied Plaintiff Liberty which is in violation of the 4th and 8th Amendments.

3) *U.S. Attorneys Rebecca Betts and John File, through criminal neglect bordering on malfeasance did violate both the 4th and 8th Amendments by willfully withholding discovery of the problems of the Crime Lab from both the Plaintiff and the Courts, which created a miscarriage of justice, in not informing the Plaintiff of this or other previous investigations of this specific Crime Lab and refusing to supply the results of the retest. This has caused undue suffering and loss of liberty along with denying due process of the law.* (Emphasis Added)

## Relief

1) That this Honorable Court order the results of the retest be given to the Plaintiff.

2) That if no retest was done, that this Honorable Court set aside conviction until a proper retest can be completed and verified, and order a retest of the substances related to the instant offence.

3)  That an investigation be ordered into the U.S. Attorneys
    Office of the Southern District of West Virginia's about
    Legal System (i.e. Discovery Motions) be forth coming.

4)  That both Rebecca Betts and John File of the same U.S.
    Attorney's Office be held accountable in their professional
    capacities for violation of Civil Rights Violations against
    this Plaintiff.

5)  That the Plaintiff be awarded monetary damages no less than
    (2) Two Million Dollars (U.S.) for Actual damages and (1) One
    Million Dollars U.S. in Punitive damages.

6)  That this Court Grant the Plaintiff Immediate Release from
    Custody for the Duration of all Legal Proceedings.

I declare under penalty of perjury that the foregoing is true
and correct.

Signed this 31 day of Oct , 2007.


Jimmy O'neal Brown

Jimmy O'Neal Brown #05742-088, Plaintiff, PRO SE
Federal Correctional Institute
P.O. Box 340 (1BL-125)
Salters, S.C. 29590



# FORENSIC LABORATORY

725 Jefferson Road, Sou

| Post-it® Fax Note | 7671 | Date 7/31/98 | # of pages |
|---|---|---|---|
| To ─John File | | From O L Ayer | |
| Co./Dept. U S ATTY | | Co. | |
| Phone # | | Phone # 756-6725 | |
| Fax # | | Fax # 756-6714 | |

TFC O. L. AYERS
B.C.I. WV STATE POLICE
P. O. BOX 7285
SPRAGUE, WV 25926

This examination has been made with the understanding that the evidence is connected with an official investigation of a criminal matter and that the Laboratory report will be used for official purposes only, related to the investigation or a subsequent criminal prosecution. Authorization cannot be granted for the use of the Laboratory report in connection with a civil proceeding.

REFERENCE:                   Jimmy Brown - Suspect
                            Susan Boyd - Suspect

                            Drugs - 07/12/98

EVIDENCE RECEIVED:          07/21/98 via personal delivery
                            by TFC. O. L. Ayers

EVIDENCE DISPOSITION:       Enclosed

EXAMINATION REQUESTED:      Drug Analysis

SPECIMENS:

   Item #1: One plastic bag containing burnt hand rolled
            cigarettes
   Item #2: One plastic bag containing white chunk material
   Item #3: Three plastic bags containing tan powder

RESULTS OF EXAMINATION:

   Item #1, weighing approximately 0.76 gram, contains
marihuana, a Schedule I controlled substance.

   Item #2, weighing approximately 11.7 grams, contains
cocaine, a Schedule II controlled substance.

   Item #3, weighing a total of approximately 50.9 grams,
contains 22.6% methamphetamine, a Schedule II controlled
substance.

                                    Sincerely,

                                    T. G. White, Trooper
                                    Forensic Chemist

Exhibit

A

APPEAL, CLOSED, Jackson, LC-2

## United States District Court
### Southern District of West Virginia (Beckley)
### CRIMINAL DOCKET FOR CASE #: 5:98-cr-00189-1

Case title: USA v. Brown, et al                    Date Filed: 11/10/1998
Magistrate judge case number: 6:98-mj-00094

Assigned to: Chief Judge David A.
Faber

### Defendant

**Jimmy O'Neal Brown** (1)          represented by    **E. Lavoyd Morgan, Jr.**
*TERMINATED: 01/13/2000*                            BARRY L. BRUCE & ASSOCIATES
                                                    P. O. Box 388
                                                    Lewisburg, WV 24901
                                                    304/645-4182
                                                    Fax: 645-4183
                                                    *TERMINATED: 01/13/2000*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    Designation: Retained

                                                    **Edward H. Weis**
                                                    FEDERAL PUBLIC DEFENDER'S
                                                    OFFICE
                                                    Room 3400
                                                    300 Virginia Street East
                                                    Charleston, WV 25301
                                                    304/347-3350
                                                    Fax: 347-3356
                                                    *TERMINATED: 01/13/2000*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    Designation: Public Defender or
                                                    Community Defender Appointment

                                                    **Jimmy O'Neal Brown**
                                                    FCI ESTILL
                                                    100 Prison Road
                                                    P. O. Box 699
                                                    Estill, SC 29918
                                                    *TERMINATED: 01/13/2000*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

Exhibit
B

**Tracy Lusk**
200 1/2 S. Walker St.
Princeton, WV 24740
304/431-3333
*TERMINATED: 08/06/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

21:841(a)(1) CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE,
OR DISPENSE a quantity of
methamphetamine and cocainse,
Schedule II controlled substances and
18:2 AIDING AND ABETTING
(1)

**Disposition**

The deft. is committed to the custody of
the US BOP for a 188 month term of
imprisonment; following his term of
incarceration, deft. shall remain on
supervised release for 5 yrs.; deft. is
assessed .00 and fined ,000.00

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

**United States of America**
*TERMINATED: 01/13/2000*

represented by **Michael H. Spencer**
U. S. ATTORNEY'S OFFICE
P. O. Box 1713
Charleston, WV 25326-1713
304/345-2200
Fax: 347-5104
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miller A. Bushong, III**
U. S. ATTORNEY'S OFFICE
P. O. Box 1713
Charleston, WV 25326-1713

304/345-2200
Fax: 347-5104
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/09/1998 | | PROBATION OFFICER ASSIGNED as to Jimmy O'Neal Brown PRETRIAL SERVICES: Peggy Adams; PRESENTENCE INVESTIGATION: UNASSIGNED. (slr) Modified on 12/02/1998 (Entered: 11/12/1998) |
| 11/10/1998 | | ARREST WARRANT issued as to Jimmy O'Neal Brown (Warrant issued 10/21/98) (cds) Modified on 11/18/1998 (Entered: 11/18/1998) |
| 01/10/1999 | | SPECIAL ASSESSMENT PAYMENT RECEIVED as to Jimmy O'Neal Brown : $100.00 RECEIVED, RECEIPT NUMBER 074947. cc: U.S. Attorney; U. Probation. (rle) (Entered: 01/11/2000) |
| 01/28/1999 | 18 | PETITION/ORDER directing the Clerk to issue a WHCAP as to Jimmy O'Neal Brown returnable 2/23/99 at 2:30 p.m.. ( Signed by Magistrate Judge Jerry D. Hogg ) cc: defendant and counsel; USA; USM; USP; Judge (slr) (Entered: 01/29/1999) |
| 01/28/1999 | | WRIT of Habeas Corpus ad Prosequendum issued and delivered to USM as to Jimmy O'Neal Brown for 2/23/99. (slr) (Entered: 01/29/1999) |
| 01/29/1999 | 19 | WRIT of Habeas Corpus ad Prosequendum returned unexecuted on 1/29/99 as to Jimmy O'Neal Brown; subject taken into federal custody on 1/27/99 in D/SC. (slr) |
| 01/29/1999 | | ARREST of Jimmy O'Neal Brown in of South Carolina (cds) (Entered: 02/08/1999) |
| 02/08/1999 | 22 | ARREST WARRANT RETURNED EXECUTED as to Jimmy O'Neal Brown on 1/29/99 (cds) |
| 02/08/1999 | 23 | RULE 40 DOCUMENTS as to Jimmy O'Neal Brown received from District of South Carolina; Magistrate Case number: 4:99-156 consisting of (1) Rule 40 Worksheet (2) Waiver of Rule 40 Hearing (3) Commitment to Another District (4) Financial Affidavit (5) Docket Sheet from District of South Carolina (cds) |
| 02/22/1999 | 24 | ORDER as to Jimmy O'Neal Brown cancelling arraignment presently scheduled for 2/23/99 at 2:30 p.m. in Beckley; arraignment will be continued generally until notification from USMS that defendant has arrived in SDWV cc: defendant's counsel; USA; USM; USP by regular mail & FAX; Judge ( Signed by Magistrate Judge Mary S. Feinberg ) (mjp) Modified on 02/22/1999 |
| 02/25/1999 | 25 | ORDER as to Jimmy O'Neal Brown rescheduling Arraignment for 3:00 p.m., 3/2/99, in BECKLEY, for Jimmy O'Neal Brown cc: defendant and |

| | | |
|---|---|---|
| | | counsel; USA; USM; USP; Judge ( Signed by Magistrate Judge Mary S. Feinberg ) (slr) |
| 03/02/1999 | | ARRAIGNMENT as to Jimmy O'Neal Brown held ( Magistrate Judge Mary S. Feinberg ; Court Reporter: Electronic) (slr) |
| 03/02/1999 | 26 | ARRAIGNMENT ORDER AND STANDARD DISCOVERY REQUESTS: Upon Hearing Held 3/2/99; deft. entered PNG to Indictment;trial set to a jury on 9:30 a.m., 5/4/99, in BECKLEY; pretrial hearing on motions set 1:30 p.m., 4/12/99, in BLUEFIELD before Judge David A. Faber; deft did not execute a waiver of right to be present at the hearings on motions prior to trial; deft was detained ; Standard Discovery Request Form executed; govt's responses to deft's standard discovery requests due 3/12/99; reciprocal discovery and filing of additional motions by deft due w/in 10 days of receipt of the requested materials and filing of the govt's written response to deft's discovery requests; jury questionnaires for the petit on the current panel shall be made available to each party for inspection and copying. ( signed by Magistrate Judge Mary S. Feinberg ) (cc: deft and counsel, USA, USM, USP; Judge; Jury Clerk) (slr) |
| 03/02/1999 | 27 | ORDER as to Jimmy O'Neal Brown, continuing the Detention Hearing until 10:30 a.m., 3/5/99, in BECKLEY, for Jimmy O'Neal Brown cc: defendant and counsel; USA; USM; USP; Judge ( Signed by Magistrate Judge Mary S. Feinberg ) (slr) |
| 03/05/1999 | | DETENTION HEARING as to Jimmy O'Neal Brown held ( Magistrate Judge Mary S. Feinberg ; Court Reporter: Electronic) (slr) |
| 03/05/1999 | 28 | WITNESS LIST as to Jimmy O'Neal Brown, RE: Detention Hrg. held 3/5/99 before Mag. Judge Mary Feinberg (slr) |
| 03/05/1999 | 29 | ORDER Upon detention hearing held 3/5/99 as to Jimmy O'Neal Brown; parties agreed that facts contained in the first 3 numbered sections of the Pretrial Services Report could be taken as proven for the purposes of the Detention hrg.; Court found that no condition or combination of conditions would ensure the deft.'s appearance or the safety of any other person and the community; Deft. is detained pending trial. cc: defendant and counsel; USA; USM; USP; Judge ( Signed by Magistrate Judge Mary S. Feinberg ) (slr) |
| 03/05/1999 | 30 | ORDER OF DETENTION PENDING TRIAL as to Jimmy O'Neal Brown ; remanding defendant to custody of U.S. Marshal. ( Signed by Judge Mary S. Feinberg ) cc: defendant and counsel; USA; USM; USP; Judge (slr) |
| 03/17/1999 | 31 | SEALED (mjp) |
| 03/17/1999 | 32 | SEALED (mjp) |
| 03/17/1999 | 33 | RESPONSE by USA to deft's Standard Discovery Requests and REQUEST by USA for Reciprocal Discovery. (slr) |
| 03/18/1999 | 34 | PROBATION OFFICER ASSIGNMENT/SUPERVISION FORM as to |

| | | |
|---|---|---|
| | | Jimmy O'Neal Brown ; PROBATION OFFICER: ADAMS; Type of Assignment: PRETRIAL SERVICES. (cds) (Entered: 03/25/1999) |
| 04/09/1999 | 35 | ORDER as to Jimmy O'Neal Brown cancelling pretrial motions hearing scheduled 4/12/99 at 1:30 p.m., in Bluefield cc: defendant's counsel; USA; USM; USP; Judge ( Signed by Judge David Faber ) (mjp) |
| 04/13/1999 | 36 | ORDER as to Jimmy O'Neal Brown, set Plea Hearing Deadline for 11:00 5/3/99 for Jimmy O'Neal Brown , in BECKLEY cc: defendant's counsel; USA; USM; USP; Judge ( Signed by Judge David Faber ) (mjp) |
| 04/13/1999 | 37 | MOTION by USA as to Jimmy O'Neal Brown to Schedule Guilty Plea Hearing (slr) |
| 05/03/1999 | | COURTROOM MEMO as Jimmy O'Neal Brown (parties appeared for plea hearing and defendant informed court that he no longer intends to plead guilty) (mjp) (Entered: 05/04/1999) |
| 05/04/1999 | 40 | ORDER Upon hearing held 5/3/99 as to Jimmy O'Neal Brown, reset Jury Trial for 9:30 5/11/99 for Jimmy O'Neal Brown in BECKLEY, reset Pretrial Motions Hearing for 9:00 5/10/99 for Jimmy O'Neal Brown in BLUEFIELD, to Continue in Interests of Justice Time Excluded from 5/3/99 to 5/11/99 cc: defendant's counsel; USA; USM; USP; Judge ( Signed by Judge David Faber ) (mjp) |
| 05/04/1999 | 41 | ORDER as to Jimmy O'Neal Brown directing Probation Office to deliver to counsel for both sides criminal history portion of Pretrial Services Report on defendant cc: defendant's counsel; USA; USM; USP; Judge ( Signed by Judge David Faber ) (mjp) |
| 05/05/1999 | 43 | ORDER as to Jimmy O'Neal Brown granting [37-1] motion to Schedule Guilty Plea Hearing as to Jimmy O'Neal Brown, reset Plea Hearing Deadline for 1:00 5/6/99 for Jimmy O'Neal Brown , in BLUEFIELD cc: defendant's counsel; USA; USM; USP by mail & FAX; Judge ( Signed by Judge David Faber ) (mjp) |
| 05/06/1999 | | PLEA HEARING as to Jimmy O'Neal Brown held (Judge David Faber; Court Reporter: Teresa Anderson) Jimmy O'Neal Brown count 1 (mjp) |
| 05/06/1999 | 44 | WRITTEN GUILTY PLEA Jimmy O'Neal Brown count 1 (mjp) |
| 05/06/1999 | 45 | LETTER-FORM PLEA AGREEMENT as to Jimmy O'Neal Brown (cc:USP) (mjp) |
| 05/06/1999 | 46 | LETTER as to Jimmy O'Neal Brown from USA addressed to Tracy B. Lusk, Esquire, dated 5/6/99, re: sentencing issues. (mjp) |
| 05/07/1999 | 47 | ORDER Upon hearing held 5/6/99 as to Jimmy O'Neal Brown, set Sentencing for 2:00 7/19/99 for Jimmy O'Neal Brown ; defendant is currently incarcerated and will remain so until sentencing cc: defendant's counsel; USA; USM; USP; Judge ( Signed by Judge David Faber ) (mjp) |
| 05/14/1999 | 48 | PROBATION OFFICER ASSIGNMENT/SUPERVISION FORM as to Jimmy O'Neal Brown ; PROBATION OFFICER: Taylor; Type of |

| | | Assignment: Presentence Investigation. (slr) |
|---|---|---|
| 07/13/1999 | 49 | ORDER reset Sentencing for 1:30 9/13/99 in BECKLEY for Jimmy O'Neal Brown (cc: defendant's counsel; USA; USM; USP; Judge and E. Lavoyd Morgan, Jr., Esq.) ( Signed by Judge David Faber ) (arb) |
| 08/06/1999 | 50 | ORDER SUBSTITUTING COUNSEL: defendant advised Court that he has retained E. Lavoyd Morgan, Jr., Barry L. Bruce and Associates to represent him and it is ORDERED that E. Lavoyd Morgan, Jr. be substituted as Counsel of record for said defendant ( Signed by Judge David Faber ) cc: defendant and counsel; USA; USM; USP; Judge (mjp) |
| 09/10/1999 | 51 | MOTION by Jimmy O'Neal Brown to Continue Sentencing (arb) |
| 09/10/1999 | 52 | ORDER granting [51-1] Defendant's Motion to Continue Sentencing reset Sentencing for 1:00 9/27/99 in BECKLEY for Jimmy O'Neal Brown (cc by mail & fax: Defendant's counsel; USA; USM; USP; Judge) (Signed by Judge David Faber) (arb) |
| 09/15/1999 | 53 | TRANSCRIPT as to Jimmy O'Neal Brown for Plea Hearing held 5/6/99, before Judge David Faber. Court Reporter: Teresa Anderson. (slr) |
| 09/27/1999 | 54 | MOTION by Jimmy O'Neal Brown to Withdraw Plea of Guilty (mjp) |
| 09/27/1999 | | MOTION HEARING as to Jimmy O'Neal Brown re: [54-1] motion to Withdraw Plea of Guilty held ( Judge David Faber ; Court Reporter: Teresa Anderson) (cds) |
| 09/27/1999 | 55 | WITNESS LIST by Jimmy O'Neal Brown, USA (cds) |
| 09/27/1999 | 56 | Exhibit list by Jimmy O'Neal Brown, USA w/govt's exhibits 1 & 2 attached (cds) |
| 09/27/1999 | 57 | ORDER as to Jimmy O'Neal Brown granting [54-1] motion to Withdraw Plea; scheduled Jury Trial for 9:30 10/26/99 in Beckley. cc: defendant and counsel; USA; USM; USP; Judge ( Signed by Judge David Faber ) (cds) (Entered: 09/28/1999) |
| 09/28/1999 | 58 | RESPONSE by USA as to Jimmy O'Neal Brown's [54-1] Motion to Withdraw Plea of Guilty (slr) |
| 10/15/1999 | 60 | FIRST SUPPLEMENTAL RESPONSE by USA to Standard Discovery Requests from defendant Jimmy O'Neal Brown . (slr) |
| 10/18/1999 | 61 | TRANSCRIPT as to Jimmy O'Neal Brown for Motion to Withdraw Plea held 9/27/99, before Judge David Faber. Court Reporter: Teresa Anderson (slr) |
| 10/20/1999 | 62 | SECOND SUPPLEMENTAL RESPONSE by USA to Standard Discovery Requests from defendant Jimmy O'Neal Brown . (slr) |
| 10/20/1999 | 63 | REQUEST by Jimmy O'Neal Brown for issuance of subpoena for Trooper Holster returnable 10/22/99 9:30 a.m. BK. (cds) (Entered: 10/21/1999) |
| | | |

| 10/21/1999 | 64 | MOTION by Jimmy O'Neal Brown to Suppress Evidence with request that an evidentiary hearing be scheduled. (cds) Modified on 10/21/1999 |
|---|---|---|
| 10/21/1999 | 65 | ORDER as to Jimmy O'Neal Brown, set Pretrial Motions Hearing for 9:30 10/22/99 for Jimmy O'Neal Brown , in BECKLEY cc: defendant's counsel; USA; USM; USP; Judge ( Signed by Judge David Faber ) (mjp) (Entered: 10/22/1999) |
| 10/22/1999 | 66 | THIRD SUPPLEMENTAL RESPONSE by USA to Standard Discovery Requests from defendant Jimmy O'Neal Brown . (slr) |
| 10/22/1999 | | MOTION HEARING as to Jimmy O'Neal Brown re: [64-1] motion to Suppress Evidence held ( Judge David Faber ; Court Reporter: Teresa Anderson) (cds) |
| 10/22/1999 | 67 | WITNESS LIST by USA as to Jimmy O'Neal Brown (cds) |
| 10/22/1999 | 68 | Exhibit list by USA as to Jimmy O'Neal Brown w/exhibits attached (cds) |
| 10/25/1999 | 70 | RESPONSE by USA as to Defendant Jimmy O'Neal Brown's [64-1] motion to Suppress Evidence (rle) |
| 10/25/1999 | 71 | ORDER: Upon hearing held 10/22/99 as to Jimmy O'Neal Brown denying [64-1] motion to Suppress Evidence. cc: defendant and counsel; USA; USM; USP; Judge ( Signed by Judge David Faber ) (rle) |
| 10/25/1999 | | PLEA HEARING as to Jimmy O'Neal Brown held ( Judge David Faber ; Court Reporter: Teresa Anderson) Jimmy O'Neal Brown (Deft 1) as to Count 1 (rle) |
| 10/25/1999 | 72 | LETTER as to Jimmy O'Neal Brown from USA addressed to E. Lavoyd Morgan, dated 10/22/99, re: Confirmation of discussion held with counsel and defendant regarding defendant's proposed plea. (rle) |
| 10/25/1999 | 73 | WRITTEN GUILTY PLEA Jimmy O'Neal Brown (Deft 1) as to Count 1 (rle) |
| 10/25/1999 | 74 | LETTER-FORM PLEA AGREEMENT as to Jimmy O'Neal Brown (cc:USP) (rle) |
| 10/25/1999 | 75 | TRANSCRIPT as to Jimmy O'Neal Brown for Preliminary/Detention Hearing held 7/16/98, before Magistrate Judge Mary S. Feinberg . Court Reporter: Barbara Steinke (slr) (Entered: 10/26/1999) |
| 10/28/1999 | 76 | ORDER Upon plea hearing held 10/25/99 as to Jimmy O'Neal Brown; Deft. had previously tendered a guilty plea which the court provisionally accepted pending receipt of a PSIR; after preparation of the report, deft. obtained new counsel and moved to withdraw his guilty plea; 9/27/99, the court permitted deft. to withdraw his guilty plea; a suppression hrg. was held 10/22/99, resulting in the denial of deft.'s mtn. to suppress evidence; subsequently, deft. informed the court that he wished to change his plea to guilty pur. to a written plea agreement; court conditionally accepted deft.'s plea of guilty; court deferred final acceptance of the plea agreement and adjudication of guilt pending receipt of the amended |

| | | |
|---|---|---|
| | | PSIR; scheduling Sentencing for 11:00 a.m., 1/10/2000, in BECKLEY, for Jimmy O'Neal Brown ; directing the Probation Dept. to review its PSIR and submit an amended version to this court; remanding the deft. to the custody of the USMS. defendant and counsel; USA; USM; USP; Judge ( Signed by Judge David Faber ) (slr) |
| 01/10/2000 | | SENTENCING held ( Judge David Faber ; Court Reporter: Teresa Anderson) Jimmy O'Neal Brown, Count 1 (slr) (Entered: 01/11/2000) |
| 01/10/2000 | 77 | WITNESS LIST by Jimmy O'Neal Brown (slr) (Entered: 01/11/2000) |
| 01/10/2000 | 78 | EXHIBIT LIST as to Jimmy O'Neal Brown and USA as to Jimmy O'Neal Brown (**Exhibits attached**) (slr) (Entered: 01/11/2000) |
| 01/13/2000 | 79 | JUDGMENT upon sentencing 1/10/00 Jimmy O'Neal Brown, Count 1: The deft. is committed to the custody of the BOP for a 188 month term of imprisonment; following his of incarceration, deft. shall remain on supervised release for 5 yrs.; deft. is assessed $100.00 and fined $5,000.00; deft. was remanded to the custody of the USMS; Sentenced within Guideline Range. ( Signed by Judge David Faber ) cc: defendant and counsel; USA; USM; USP; Judge (slr) (Entered: 01/14/2000) |
| 01/13/2000 | 80 | MEMORANDUM OF SENTENCING HEARING AND REPORT OF STATEMENT OF REASONS: Upon hearing held 1/10/00 as to Jimmy O'Neal Brown cc: defendant and counsel; USA; USM; USP; Judge ( Signed by Judge David Faber ) (slr) (Entered: 01/14/2000) |
| 01/13/2000 | | **CASE CLOSED as to Jimmy O'Neal Brown and Susan Jane Boyd (all defendants). (slr) (Entered: 01/14/2000) |
| 01/14/2000 | 81 | LETTER from Jimmy O'Neal Brown addressed to Clerk of Courts, dated 1/11/00, requesting copies of transcripts. (slr) |
| 01/19/2000 | 82 | NOTICE of APPEAL by Jimmy O'Neal Brown from judgment order entered 1/13/00 and REQUEST FOR APPOINTMENT OF COUNSEL. (rle) |
| 01/19/2000 | 83 | TRANSMITTED Notice of Appeal to 4CCa as to Jimmy O'Neal Brown (cc: deft, attys) (rle) |
| 01/21/2000 | 84 | ORDER as to Jimmy O'Neal Brown: granting defendant permission to proceed on appeal in forma pauperis. cc: defendant and counsel; USA; Judge ( Signed by Judge David Faber ) (rle) |
| 01/21/2000 | 85 | TRANSMITTAL of Update to NOA (Pauper status granted) as to Jimmy O'Neal Brown (rle) |
| 01/24/2000 | 86 | SEALED -- PRESENTENCE REPORT. (rle) |
| 02/03/2000 | 88 | NOTICE of Lien for Fine/Restitution as to Jimmy O'Neal Brown issued (orig. and 1). (slr) |
| 02/04/2000 | 89 | ORDER FROM USCA as to Jimmy O'Neal Brown appointing E. Lavoyd Morgan, Jr. as counsel for the appellant. cc: defendant and counsel; USA; USM; USP; Judge () (cds) |

| 02/04/2000 | 90 | NOTICE OF DOCKETING ROA FROM 4CCA as to Jimmy O'Neal Brown Re: [82-1] appeal 4CCA Number: 00-4070 Case Manager: Taline Akseraylian (cds) |
|---|---|---|
| 03/16/2000 | 91 | LETTER as to Jimmy O'Neal Brown addressed to Clerk, dated 3/14/00, re: REQUEST FOR CERTIFICATE. (rle) |
| 03/16/2000 | 92 | CERTIFICATE by Clerk OF READINESS OF RECORD ON APPEAL as to Jimmy O'Neal Brown re: [82-1] appeal by Jimmy O'Neal Brown in 4CCA no. 00-4070 (rle) |
| 03/16/2000 | 93 | TRANSMITTAL OF UPDATE ITEM: re: Certificate of Readiness as to Jimmy O'Neal Brown (rle) |
| 03/27/2000 | 94 | ACKNOWLEDGMENT by 4CCA as to Jimmy O'Neal Brown for receipt of Certificate of Readiness on 3/22/00. (rle) |
| 04/14/2000 | 96 | TRANSCRIPT ORDER ACKNOWLEDGMENT from 4CCA, Appeal No. 00-4070 as to Jimmy O'Neal Brown , to Teresa Anderson Court Reporter . Transcript due 5/11/00. (rle) |
| 04/14/2000 | 97 | TRANSCRIPT PURCHASE ORDER by Jimmy O'Neal Brown (rle) |
| 04/27/2000 | 98 | REVISED TRANSCRIPT ORDER ACKNOWLEDGMENT from 4CCA, Appeal No. 00-4070 as to Jimmy O'Neal Brown , to Teresa Anderson Court Reporter . Transcript due 5/18/00. (rle) |
| 05/12/2000 | 99 | TRANSCRIPT as to Jimmy O'Neal Brown for Motions Hearing held 10/22/99, before Judge David Faber . Court Reporter: Teresa L. Anderson (slr) (Entered: 05/15/2000) |
| 05/18/2000 | 100 | TRANSCRIPT as to Jimmy O'Neal Brown for Disposition Hearing held 1/10/00, before Judge David Faber. Court Reporter: Teresa Anderson (mjp) |
| 07/07/2000 | 102 | LETTER as to Jimmy O'Neal Brown addressed to Clerk, USDC, dated 7/3/00, Requesting Supplemental Certificate of Readiness. (cds) |
| 07/07/2000 | 103 | SUPPLEMENTAL CERTIFICATE by Clerk OF READINESS OF RECORD ON APPEAL as to Jimmy O'Neal Brown re: [82-1] appeal by Jimmy O'Neal in 4CCA no. 00-4070 (cds) |
| 07/07/2000 | 104 | TRANSMITTAL OF SUPPLEMENTAL CERTIFICATE OF READINESS to US Court of Appeals. cc: deft., counsel (cds) |
| 07/17/2000 | 105 | ACKNOWLEDGMENT of Receipt of Supplemental Certificate as to Jimmy O'Neal Brown by 4CCA on 7/13/00. (slr) |
| 09/12/2000 | | CLERKS NOTICE certifying and transmitting Certified Copies of Documents 72-76 (Volume 1) to Fourth Circuit Court of Appeals as to Jimmy O'Neal Brown ; [82-1] appeal 4CCA #: 00-4070 (Documents mailed per request of Julie Hall) (cds) |
| 09/18/2000 | | ACKNOWLEDGMENT FROM USCA OF RECEIPT OF CERTIFIED COPIES OF DOCUMENTS 72-76 as to Jimmy O'Neal Brown (cds) |

| | | |
|---|---|---|
| | | (Entered: 12/12/2000) |
| 10/06/2000 | 106 | MOTION by Jimmy O'Neal Brown for Retesting of Drug-Related Evidence (slr) |
| 10/23/2000 | 107 | OPINION, 4CCA No. 00-4070, as to Jimmy O'Neal Brown, DISMISSING the Appeal (slr) |
| 11/16/2000 | | Record on Appeal returned from U.S. Court of Appeals: [82-1] appeal in one volume of pleadings. (rle) |
| 11/17/2000 | 108 | JUDGMENT OF 4CCA (certified copy) as to Jimmy O'Neal Brown Re: [103-1] appeal, [92-1] appeal dismissing the appeal (rle) |
| 02/06/2001 | 110 | LETTER as to Jimmy O'Neal Brown from USA addressed to Ronald D. Lawson, dated 1/2/01, re: Special Assessment paid in full; US Atty's record closed (slr) (Entered: 02/07/2001) |
| 03/01/2001 | 111 | LETTER as to Jimmy O'Neal Brown addressed to Clerk of Court, dated 2/22/01, re: Request for transcript and and updated docket sheet (copy of letter forwarded to Teresa Anderson). (rle) |
| 05/14/2001 | 112 | MOTION by Jimmy O'Neal Brown under 28 U.S.C. 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody. ( Civil Action No: 5:01-0410) (slr) |
| 05/14/2001 | 113 | STANDING ORDER ENTERED MAY 7, 1999: (1) All Applications to proceed in forma pauperis in civil cases are referred to the Magistrate Judge for consideration pursuant to Title 28, United States Code, Section 636; the Clerk, upon written Order from the Magistrate Judge, shall return any deficient document as specified in the Order if there is a deficiency in accordance with the statute; (2) all civil actions filed by persons who are in custody and all civil actions by persons who are not incarcerated but which are filed pro se pursuant to Title 42, United States Code, Section 1983, Title 28, United States Code, Sections 2255, 2254, and 2241, or other federal statutes and all civil actions for judicial review of administrative determination under the Social Security Act are referred to the Magistrate Judge pursuant to Title 28, United States Code, Section 636; (3) all applications for an award of attorneys' fees from judicial review of administrative decisions under the Social Security Act and all applications for fees and other expenses under the Equal Access to Justice Act, Title 28, United States Code, Section 2412 (d), are referred to the Magistrate Judge. THIS CASE REFERRED as to Jimmy O'Neal Brown to Magistrate Judge Mary S. Feinberg (cc: attys, pro se parties, USM, USP, District Judge, Mag. Judge) (slr) |
| 05/14/2001 | 114 | NOTICE of Filing of 2255 Motion by Jimmy O'Neal Brown (cc: Judge Faber; Charles T. Miler, US Attorney; deft.) (slr) |
| 06/05/2001 | 115 | MOTION by Jimmy O'Neal Brown to Amend and Enlarge The Scope of his [112-1] motion under 28 U.S.C. 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody. ( Civil Action No: 5:01-0410) (cds) |
| | | |

| | | |
|---|---|---|
| 06/25/2001 | 116 | ORDER as to Jimmy O'Neal Brown granting [115-1] motion to Amend and Enlarge The Scope of his [112-1] motion under 28 U.S.C. 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody; the additional material offered by Movant is incorporated in his Motion ( Civil Action No: 5:01-0410) cc: defendant and USA ( Signed by Magistrate Judge Mary S. Feinberg ) (slr) |
| 07/24/2001 | 117 | PROPOSED FINDINGS AND RECOMMENDATIONS of Magistrate Judge Mary S. Feinberg as to Jimmy O'Neal Brown Re: [112-1] motion under 28 U.S.C. 2255 to Vacate, Set Aside or Correct Sentence by Person in Federal Custody. ( Civil Action No: 5:01-0410). Proposing that the District Court find that Defendant's Motion and the files and records of the case conclusively show that Defendant is not entitled to relief and that an evidentiary hearing is not required. Recommending that the District Court deny Defendant's 2255 Motion, order its summary dismissal and cause Defendant to be notified. Motion no longer referred. Objections to F and R due by 8/10/01 (rle) |
| 07/31/2001 | 118 | REQUEST FOR STATUS REPORT by Jimmy O'Neal Brown (rle) |
| 08/13/2001 | 119 | SUPPORTING BRIEF AND OBJECTIONS by Jimmy O'Neal Brown to [117-1] Proposed Findings and Recommendations by Magistrate Judge Feinberg (slr) |
| 10/19/2001 | 120 | REQUEST by Jimmy O'Neal Brown for Status Report (slr) |
| 10/19/2001 | | NOTE TO FILE: Forwarded copy of current docket sheet as to Jimmy O'Neal Brown, pursuant to deft.'s letter request for status report (slr) |
| 11/06/2001 | 121 | PRO SE MOTION by Jimmy O'Neal Brown to Compel Judgment on Motion for Re-Test (slr) |
| 11/20/2001 | 122 | GRAND JURY RETURN ORDER as to Jimmy O'Neal Brown, Susan Jane Boyd; Grand Jury No. 97-1 returned indictments 10/21/98. (signed by Magistrate Judge Jerry D. Hogg) (pdb) |
| 01/09/2002 | 123 | Copy of LETTER from 4CCA addressed to Jimmy O'Neal Brown, dated 1/7/02, re: failure of compliance w/rule 21 when filing his Writ of Mandamus. (rle) |
| 01/14/2002 | 124 | STANDING ORDER IN RE: REFERRAL OF CIVIL ACTION MATTERS TO MAGISTRATE JUDGES ENTERED DECEMBER 28, 2001, NUNC PRO TUNC DECEMBER 26, 2001: Pursuant to 28 USC 636, certain types of civil actions and certain types of motions in civil cases shall be referred to the divisions as follows: For Beckley and Bluefield, to Magistrate Judge R. Clarke VanDervort; for Charleston and Parkersburg, to Magistrate Judge Mary E. Stanley; for Huntington, to Magistrate Judge Maurice G. Taylor, Jr.; the types of motions referred in all civil actions are: (1) applications to proceed in forma pauperis; (2) discovery disputes; and (3) discovery issues that arise post-judgment, such as interrogatories in aid of execution, judgment debtor examinations, and motions to compel answers to suggestions; the types of civil actions referred for total pretrial management and/or proposed |

| | | |
|---|---|---|
| | | findings of fact and recommendations for disposition are: (1) Actions for judicial review of an administrative determination under the Social Security Act, including applications for award of attorneys' fees and expenses under the Social Security Act or the Equal Access to Justice Act; and (2) Actions filed by persons proceeding pro se, whether in custody or not, until such person is represented by counsel; this order supersedes prior standing orders and referral orders in pending cases, but prior rulings made thereunder remain the law of the particular case. THIS CASE REFERRED TO Magistrate Judge R. Clarke VanDervort. (cc: attys; any unrepresented party) (gan) |
| 04/25/2002 | 125 | MOTION by Jimmy O'Neal Brown for the Court to Take Judicial Notice (rle) |
| 06/03/2002 | 126 | MOTION by Jimmy O'Neal Brown to Supplement Pending [112-1] Motion under 28 U.S.C. 2255 to Vacate, Set Aside or Correct Sentence by Person in Federal Custody. ( Civil Action No: 5:01-0410) (slr) |
| 06/21/2002 | 127 | Copy of ORDER (4CCA) as to Jimmy O'Neal Brown: denying appellant's petition for rehearing and rehearing en banc. (rle) |
| 01/02/2003 | 128 | TRANSCRIPT as to Jimmy O'Neal Brown for Plea Hearing held 10/25/99, before Judge David Faber . Court Reporter: Teresa Anderson (rle) (Entered: 01/03/2003) |
| 02/19/2003 | 129 | LETTER from Jimmy O'Neal Brown addressed to Clerk, U. S. District Court, dated 2/13/03, re: Status of Motion to Retest Drugs. (slr) |
| 02/19/2003 | | NOTE TO FILE: Mailed current copy of docket sheet as to Jimmy O'Neal Brown to Deft. pursuant to letter request. (slr) |
| 03/06/2003 | | COURT PROCEEDING - Initial Appearance on Revocation Petition; JUDGE VanDervort; COURT REPORTER Electronic (slr) |
| 03/11/2003 | | COURT PROCEEDING PRELIMINARY/DETENTION HEARING; JUDGE VanDervort; COURT REPORTER Electronic (slr) |
| 01/08/2004 | 146 | LETTER from Jimmy O'Neal Brown addressed to Clerk, U. S. District Court, Requesting Status of 2255 and Requesting Copy of Docket Sheet. (slr) |
| 01/08/2004 | | NOTE TO FILE: Copy of docket sheet forwarded to Jimmy O'Neal Brown (slr) |
| 01/13/2004 | 147 | ORDER as to Jimmy O'Neal Brown denying as moot [121-1] Motion to Compel Judgment on Motion for Re-Test; denying as moot [125-1] Motion for the Court to Take Judicial Notice; denying [126-1] Motion to Supplement Pending [112-1] Motion under U.S.C. 2255 to Vacate, Set Aside or Correct Sentence by Person in Federal Custody. ( Civil Action No: 5:01-0410) cc: defendant; USA; Judge ( Signed by Magistrate Judge VanDervort ) (slr) |
| 03/08/2004 | 148 | MOTION by Jimmy O'Neal Brown to Vacate [79-1] Judgment Order and to Correct Sentence (slr) |

| 03/08/2004 | | NOTE TO FILE: Forwarded copy of docket sheet to Jimmy O'Neal Brown, pursuant to letter request. (slr) |
|---|---|---|
| 03/18/2004 | 149 | MOTION by Jimmy O'Neal Brown to Decline Magistrate (slr) |
| 05/13/2004 | 151 | PROPOSED FINDINGS AND RECOMMENDATIONS recommending that the District Court deny/dismiss Movant's [112] Motion Under 2255 to Vacate, Set Aside or Correct his Sentence, and Movant's 148 Motion to Vacate, Set Aside or Correct his Sentence and remove this matter from the Court's docket. Objections to PF&R due by 5/28/2004. Signed by Judge R. Clarke VanDervort on 5/12/2004. (cc: Judge, USA, deft) (slr) |
| 05/24/2004 | 152 | MOTION by Jimmy O'Neal Brown for Leave to File Amended Complaint (slr) |
| 05/24/2004 | 153 | (AMENDED) MOTION by Jimmy O'Neal Brown to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to Title 28, United States Code, Section 2255. Cross Reference Civil Case Number 5:01-410. (slr) |
| 05/24/2004 | 154 | MEMORANDUM & AUTHORITIES IN SUPPORT of Amended 153 Motion to Vacate, Set Aside or Correct Sentence (2255), filed by Jimmy O. Brown |
| 05/26/2004 | 155 | OBJECTIONS TO MAGISTRATE'S PROPOSED FINDINGS AND RECOMENDATIONS [117] by Jimmy O'Neal Brown (cds) |
| 05/28/2004 | 156 | COPY OF 4CCA JUDGMENT in 4CCA Case No. 03-7754. A certified copy of this judgment will be provided to the district court upon issuance of the mandate. This judgment will not take effect until issuance of the mandate. (cds) |
| 06/01/2004 | 157 | ORDER finding that (1) the Movant's guilty plea to the offense for which he is currently serving a 188-month term of incarceration constituted an admission of the offense's essential elements, including the identity and quantity of the controlled substances; (2) that the irregularities at the WV State Police Laboratory do not constitute a fair and just reason for withdrawal of his plea; (3) that none of the movant's allegations suggest that his guilty plea was not knowing and voluntary; (4) that any irregularity in the grand jury proceedings did not prejudice him; (5) that movant's counsel was not ineffective for failing to challenge lab reports, which were presented to the grand jury when it indicted him; (6) that the movant's ineffective assistance of counsel based on Apprendi v. New Jersey is without merit; (7) that the movant's files and records of the case conclusively show that he is not entitled to relief and (8) that the movant's files and records of the case conclusively show that an evidentiary hearing is not required; denying and dismissing movant's [112] 2255 Motion. Signed by Chief Judge David A. Faber on 6/1/2004. (cc: Judge, USA, USP, USM, counsel, deft) (slr) |
| 06/14/2004 | 158 | MOTION by Jimmy O'Neal Brown for Retesting Drug-Related Evidence (rle) |

| 06/21/2004 | ●159 | LETTER from 4CCA, dated 06/17/04, re: a petition for Rehearing has been filed and a timely petition for rehearing en banc has been filed in 4CCA Case No. 03-7754 as to Jimmy O'Neal Brown. (tmr) |
| 06/22/2004 | ●160 | PETITION for Panel Reconsideration and/or Suggestion for Rehearing En-Banc as to Jimmy O'Neal Brown (Appeal No. 03-7754) (**Copy mailed to USCA, 4th Circuit) |
| 06/28/2004 | ●161 | LETTER to Clerk of Court, from Jimmy O. Brown dated 6/9/2004, re: Requesting Copy of Local Rules (**Forwarded copy of Local Rules to Jimmy O. Brown**) |
| 08/05/2004 | ●162 | NOTICE OF APPEAL (Interlocutory) by Jimmy O'Neal Brown re 157 Order entered 6/1/04. (slr) |
| 08/05/2004 | ●163 | MOTION by Jimmy O'Neal Brown and Affidavit for Leave to Proceed in Forma Pauperis Pursuant to Title 28 U.S.C. Section 1915 (slr) |
| 08/05/2004 | ●164 | MOTION by Jimmy O'Neal Brown Requesting Certificate of Appealability Pursuant to Title 28 U.S.C. Section 2253 (slr) |
| 08/05/2004 | ●165 | NOTICE OF APPELLATE ACTION - TRANSMITTING NOTICE OF APPEAL AND DOCKET SHEET TO 4CCA as to Jimmy O'Neal Brown re: 162 Notice of Appeal - Interlocutory. (slr) |
| 08/09/2004 | ●166 | ORDER OF 4CCA as to [82] Notice of Appeal ON PETITION FOR REHEARING AND REHEARING EN BANC in 4CCA Case No. 03-7754: denying the Petition for rehearin g and rehearing en banc. (slr) |
| 08/20/2004 | ●167 | NOTICE OF APPELLATE ACTION RECEIVED as to Jimmy O'Neal Brown re: 162 Notice of Appeal - Interlocutory. 4CCA Case Number: 04-7297. 4CCA Case Manager: S. J. Beasley. (slr) |
| 08/20/2004 | ●168 | LETTER from 4CCA dated 8/17/2004, requesting transmittal of ROA in 4CCA Case Number 04-7297. (**Letter states that, if the District Court requires the record for the purposes of ruling on pending motion, record should be forwarded to USCA immediately after resolution of motion(s) **) (slr) |
| 09/28/2004 | ●169 | ORDER: finding that Movant's claims that the Government breached its promise and his attorney was ineffective for filing to pursue the matter are without merit; denying Movant Jimmy O'Neal Brown's 152 Motion for Leave to File Amended Complaint. Signed by Judge R. Clarke VanDervort on 9/27/2004. (cc: Judge, USA, USP, USM, counsel, deft) (rle) |
| 10/18/2004 | ●170 | MOTION by Jimmy O'Neal Brown to Compel Performance (cds) |
| 11/05/2004 | ●171 | LETTER to USDC, from USCA dated 11/2/2004, re: Seeking information re: Appellant's application for leave to proceed on appeal in forma pauperis |
| 01/13/2005 | ●172 | LETTER to Clerk of Court, from Shirley Beasley, Case Manager dated 1/10/2005, Requesting to be advised when action will be taken on |

| | | appellant's motion for leave to proceed on appeal IFP |
|---|---|---|
| 01/24/2005 | 173 | ORDER: Jimmy O'Neal Brown will not be permitted to proceed on appeal in forma pauperis . Signed by Judge David A. Faber on 1/24/2005. (cc: Judge, USA, USP, USM, counsel, deft) (cds) |
| 01/24/2005 | 174 | ORDER denying 163 Motion for Leave to Proceed on Appeal in Forma Pauperis as to Jimmy O'Neal Brown (1). Signed by Judge David A. Faber on 1/24/2005. (cc: Judge, USA, USP, USM, counsel, deft) (cds) |
| 01/24/2005 | 175 | UPDATE TO NOTICE OF APPELLATE ACTION as to Jimmy O'Neal Brown re: ORDER DENYING IFP STATUS in 4CCA Case No. 04-7297. (cds) |
| 01/31/2005 | 176 | NOTICE OF APPELLATE ACTION BY 4CCA ACKNOWLEDGING RECEIPT OF UPDATE ITEM on 1/28/05, re: Order denying IFP status in 4CCA Case No. 04-7297 as to Jimmy O'Neal Brown. (rle) |
| 01/31/2005 | 177 | LETTER to Jimmy O'Neal Brown, from 4CCA dated 1/26/2005, re: payment of filing fee and/or application to proceed IFP Modified on 2/10/2005 (Staples, Cassandra). |
| 02/09/2005 | 178 | MOTION by Jimmy O'Neal Brown for Reconsideration and/or to Alter or Amend Judgment Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (cds) (Entered: 02/10/2005) |
| 02/14/2005 | 179 | LETTER from 4CCA dated 2/8/2005, requesting transmittal of ROA in 4CCA Case Number 04-7297. (rle) |
| 02/15/2005 | 180 | NOTICE OF APPELLATE ACTION - CERTIFIED AND TRANSMITTED RECORD ON APPEAL as to Jimmy O'Neal Brown TO 4CCA re: 162 Notice of Appeal - Interlocutory. (11 volumes). (rle) |
| 02/22/2005 | 181 | NOTICE OF APPELLATE ACTION BY 4CCA ACKNOWLEDGING RECEIPT OF RECORD ON APPEAL on 2/17/05 in 4CCA Case No. 04-7297 as to Jimmy O'Neal Brown. (rle) |
| 02/25/2005 | 182 | LETTER to Jimmy O'Neal Brown, from 4CCA dated 2/22/2005, re: docket fee for filing petition for a writ of mandamus, payment to be made to Clerk, US Court of Appeals |
| 02/25/2005 | 183 | LETTER to Jimmy O'Neal Brown, from 4CCA dated 2/22/2005, re: non-compliance with Rule 21 of FRApP (proof of service of writ of mandamus on trial court judge) |
| 02/28/2005 | 184 | Copy of Defendant Jimmy O'Neal Brown's Motion for Writ of Mandamus pursuant to 28 USC 1651, filed with the Fourth Circuit Court of Appeals. |
| 06/30/2005 | 186 | COURTESY COPY OF OPINION OF 4CCA re: 162 Notice of Appeal in 4CCA Case No. 04-7297. (rle) |
| 06/30/2005 | 187 | COPY OF 4CCA JUDGMENT in 4CCA Case No. 04-7297: granting a certificate of appealability, vacating and remanding the judgment of the District Court. A certified copy of this judgment will be provided to the |

| | | |
|---|---|---|
| | | district court upon issuance of the mandate. This judgment will not take effect until issuance of the mandate. (rle) |
| 08/23/2005 | ●188 | JUDGMENT/MANDATE OF 4CCA (CERTIFIED COPY) as to Jimmy O'Neal Brown re 162 Notice of Appeal - Interlocutory. (Attachments: # 1) (cds) |
| 08/23/2005 | ●189 | LETTER FROM 4CCA RETURNING APPEAL RECORD in 11 Volumes as to Jimmy O'Neal Brown re: 162 Notice of Appeal. (cds) |
| 09/02/2005 | ●190 | MOTION by Jimmy O'Neal Brown to Amend 119 Supporting Brief and Objections to Proposed Findings and Recommendations, and REQUEST to have Government forward results of its retest of drug evidence to Defendant. (rle) |
| 09/29/2005 | ●202 | MEMORANDUM OPINION AND ORDER: Petitioner's objections to the PF&R are overruled; 2255 Motion is dismissed; Petitioner's motion to vacate judgment order and correct sentence dismissed; Petitioner's motion to amend supporting brief and objections denied. Clerk is directed to strike this case from the active docket of the court. Signed by Judge David A. Faber on 9/29/2005. (cc: Judge, USA, USP, USM, counsel, deft) (rle) |
| 11/21/2005 | ●206 | NOTICE OF APPEAL by Jimmy O'Neal Brown (cds) |
| 11/21/2005 | ●207 | MOTION and AFFIDAVIT by Jimmy O'Neal Brown for Leave to Appeal In Forma Pauperis Pursuant to Title 28 USC 1915. (cds) |
| 11/21/2005 | ●208 | MOTION by Jimmy O'Neal Brown Requesting Certificate of Appealability Pursuant to Title 28 USC 2253. (cds) |
| 11/21/2005 | ●209 | NOTICE OF APPELLATE ACTION - TRANSMITTING NOTICE OF APPEAL AND DOCKET SHEET TO 4CCA as to Jimmy O'Neal Brown re: 206 Notice of Appeal (cds) |
| 11/29/2005 | ●210 | ORDER: Directing that Jimmy O'Neal Brown, may proceed on appeal in forma pauperis . Signed by Judge David A. Faber on 11/29/2005. (cc: Judge, USA, USP, USM, counsel, deft) (cds) |
| 11/30/2005 | ●211 | UPDATE TO NOTICE OF APPELLATE ACTION as to Jimmy O'Neal Brown re: TRANSMITTING ORDER GRANTING IFP STATUS. (cds) |

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT
OF WEST VIRGINIA AT BECKLEY

**FILED**

Ch — 6 2000

SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy
...uthern D...

UNITED STATES OF AMERICA,

PLAINTIFF.

VS.                                    DISTRICT COURT NO. 5:98-00189-01

JIMMY O'NEAL BROWN,

DEFENDANT.

<u>MOTION FOR RETESTING OF DRUG-RELATED EVIDENCE</u>

COMES NOW the Defendant, Jimmy O'Neal Brown, by and through his

counsel, E. Lavoyd Morgan, Jr., and moves this Honorable Court to Order that

all drug-related evidence previously offered against him be retested by an

independent laboratory. In support of his Motion, defendant states the

following:

1.     Defendant was previously before this Court pursuant to his being

       charged with Aiding and Abetting the Knowing and Intentional

       Possession with Intent to Distribute Methamphetamine and

       Cocaine. On October 25, 1999, Defendant, entered a plea of guilty

       and was subsequently sentenced on January 10, 2000 to a term of

       188 months;

2.     The drug evidence offered against Defendant had been tested by

       West Virginia State Police Forensic Laboratory;

3.     By letter dated August 15, 2000, defendant was advised that the

       United States has received evidence of certain irregularities and the

E. LAVOYD MORGAN, JR.
ATTORNEY AT LAW
PO BOX 1847
LEWISBURG, WV 24901

Exhibit
B
Docket # 106

106

## CERTIFICATE OF SERVICE

I, E. Lavoyd Morgan, Jr., does hereby certify that service of the

attached Motion for Retesting of Drug-Related Evidence was made upon

the State of West Virginia by mailing a true and correct copy in the U.S.

Mail, postage prepaid and properly addressed to:

> Miller A. Bushong, III
> Assistant United States Attorney
> P.O. Box 1713
> Charleston, West Virginia  25301

This _5th_ day of October, 2000.

E. Lavoyd Morgan, Jr.

Prepared by:

E. Lavoyd Morgan, Jr.
Counsel for Defendant
(304)645-7120
West Virginia State Bar No. 6938


Approved by:


Miller A. Bushong, III
Assistant United States Attorney
P.O. Box 1713
Charleston, West Virginia  25301

U. S. Department of Justice

United States Attorney
Southern District of West Virginia

| | |
|---|---|
| United States Courthouse | Mailing Address: |
| 300 Virginia Street, E. | Post Office Box 1713 |
| Room 4000 | Charleston, West Virginia 25326-1713 |
| Charleston, West Virginia 25301 | (304) 345-2200 |
| FAX: (304) 347-5104 | 1-800-659-8726 |

September 15, 2000

E. Lavoyd Morgan, Jr., Esquire
Post Office Box 388
Lewisburg, West Virginia 24901

Re:    United States v. Jimmy O'Neal Brown
       Appeal No. 00-4070

Dear Mr. Morgan:

This is to advise you that the United States has received evidence of certain irregularities in the process in which drug-related evidence has been tested and analyzed by the Drug Section of the West Virginia State Police Forensic Laboratory. An investigation of these irregularities is ongoing.

In light of this evidence, and to assure there is no miscarriage of justice, the United States is undertaking efforts to have any drug-related evidence offered or to be offered against a defendant to be retested by a laboratory independent of the West Virginia State Police Lab.

The defendant may of course stipulate to the drugs in the case and forego the need for such retesting. Absent such a stipulation, however, the United States will proceed with retesting.

The United States wanted you to be apprised of this development as soon as possible so that you can appropriately represent your client.

If you wish to discuss the specifics of your case, please contact the Assistant United States Attorney handling your case.

Very truly yours,

REBECCA A. BETTS
United States Attorney

RAB:JLF/ljw

Exhibit
C



U. S. Department of Justice

*United States Attorney*
*Southern District of West Virginia*

---

October 31, 2000

United States Courthouse
300 Virginia Street, E.
Room 4000
Charleston, West Virginia 25301
FAX: (304) 347-5104

Mailing Address:
Post Office Box 1713
Charleston, West Virginia 25326-1713
(304) 345-2200
1-800-659-8726

E. Lavoyd Morgan, Jr., Esquire
Post Office Box 1847
Lewisburg, West Virginia  24901

              Re:  United States v. Jimmy O'Neal Brown
                   Criminal No. 5:98-00189-01

Dear Mr. Morgan:

     I am in receipt of your letter to Miller Bushong in our
office.  We intend to have the drugs retested by the DEA.  If that
does not suffice, I will not object to your having them retested
privately under appropriate security conditions.

     Please call me at your convenience to discuss this.  Thank you
for your cooperation.

                         Very truly yours,

                         REBECCA A. BETTS
                         United States Attorney

              By:        John L. File /ljw

                         JOHN L. FILE
                         Assistant United States Attorney

JLF/ljw



EXHIBIT
C



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

March 11, 2004

Mr. Jimmy O. Brown
**05742-088/BB
Post Office Box 699
Estill, SC 29918-0699

Dear Mr. Brown:

A copy of your letter asking for information maintained by the FBI under the Freedom of Information Act (FOIA) concerning other individuals is being returned to you.

Before we commence processing your request for records pertaining to other individuals, we ask that you submit to the FBI either proof of death or a privacy waiver from these people. Proof of death can be a copy of a death certificate, obituary or a recognized reference source. Death is presumed if the birth date of the subject is more than 100 years ago. Without proof of death or a privacy waiver, the disclosure of law enforcement records or information about another person is considered an unwarranted invasion of personal privacy. Such records, if they exist, are exempt from disclosure pursuant to Exemptions (b)(6) and/or (b)(7)(C) of the FOIA, Title 5, United States Code, Section 552.

Enclosed is a Privacy Waiver and Certification of Identity form. (You may make extra copies) The subjects of your request should complete the form and then sign it, preferably in the presence of a notary. Please note that mail addressed to the FBI is delayed several weeks due to increased security procedures now in place. You may fax your response directly to the RID Section at 202-324-3752.

In order to ensure an accurate search of our records, please provide your subjects complete name, date of birth and place of birth.

Once you have provided us with the necessary information, as described above, we will conduct a search of our records and advise you of the results.

This response should not be considered an indication of whether or not records responsive to your request exist in FBI files.

Exhibit
D

Sincerely yours,

David M. Hardy/W

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Records Management Division

Enclosures (2)

All Attached Correspondence Must Be Returned to the FBI With This Letter

JIMMY O. BROWN
05742-088/BB
P.O. BOX 699
ESTILLL, SC  29918-0699

---

March 1, 2004

Federal Bureau of Investigations
Freedom Of Information/Privacy Act Dept.
J. Edgar Hoover Bldg.
935 Pennsylvania Ave.
NW, Washington, DC 20534

    Re: Freedom of Information/Privacy Act

Dear FOI/PA Coordinator:

I am requesting, pursuant to 28 CFR § 16 et., seq. and the
Freedom of Information/Privacy Act, 5 U.S.C. § 552a, the
production of the following records.

    1.  In 2000, lab officials of the West Virginia State
Police Laboratory were investigated by the Federal
Bureau of Investigation for skipping tests and ignoring
procedures that resulted in inaccurate lab findings.  A
FBI report was issued with regards to this
investigation.  I am seeking a copy of this report and
its accompanying individual investigations.

    2.  Based on the above, please provide any records
concerning retesting, the identity and the nature of
the discrepancies related to individual tests.

Pursuant to § 16.5, I and requesting that you r officer respond
to this FOI/PA request within the allocated ten day period.
And, as such, your prompt cooperation in this matter will be
most appreciated.

Sincerely,

*Jimmy O Brown*

Jimmy O. Brown

JB/js

cc: personal files

FILED

OCT 18 2004

TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy
Southern District of West Virginia

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

JIMMY O. BROWN,                    )
                                   )
        Movant,                    )   CRIMINAL NUMBER: 5:98-00189-01
                                   )
        v.                         )
                                   )   MOTION TO COMPELL PERFORMANCE
UNITED STATES OF AMERICA,          )
                                   )
        Respondent.                )
_____)

    COMES NOW the movant, Jimmy O. Brown, in propria persona, in
the above entitled cause, and hereby moves this Honorable Court to
issue an Order compelling the United States to performance.  As
good grounds in support of his motion, movant would show:

    1.  In a letter dated September 15, 2000, by United States
Attorney Rebecca A. Betts, movant was advised that "to assure there
is no miscarriage of justice, the United States is undertaking
efforts to have any drug-related evidence offered or to be offered
against a defendant to be retested by a laboratory independent of
the West Virginia State Police Lab". (See Exhibit "A")

    2.  This letter occurred as a result of the United States
receiving "evidence of certain irregularities in the process in
which drug-related evidence ha[d] been tested and analyzed by the
Drug Section of the West Virginia State Police Forensic Laboratory".

    3.  The United States qualified that movant "may of course
stipulate to the drugs in the case and forego the need for such
retesting.  Absent such a stipulation, however, [the United States
asserted] that [it would] proceed with retesting."

    4.  Movant did not stipulate to the drugs.  In fact, movant's
attorney contacted Assistant U.S. Attorney Miller Bushong, to have


Exhibit
E

the retest conducted, and filed a motion for that purpose.

5.  In a letter dated October 31, 2000, movant's attorney was advised by Assistant U.S. Attorney John L. File, of the United States' intent "to have the drugs retested by the DEA".  (See Exhibit "B")

6.  The United States went on to state that if the retesting by the DEA "d[id] not suffice, [the United States would] not object to [] having them retested privately under appropriate security conditions".

7.  Once again, movant did not contest the retesting.

8.  It is movant's pistion that on two (2) separate occassions the United States has stated that, to insure there is no miscarriage of justice, it was going to have the drugs used in movant's case retested, and they have not done so.

9. Movant asserts that it is in the interests of justice and appearance of fairness to have the drug-related evidence of this case retested, and that since the United States has failed to perform the retest as stated, this Court should compell them to perform in the manner they have said they would, and provide movant with a copy of the retest results.

WHEREFORE, for good grounds shown, movant respectfully requests that this Honorable Court issue an Order directing the United States to conduct a retest on the drug-related evidence offered and used against the movant and to provide movant with a copy of the results.

Respectfully submitted this _14th_ day of October, 2004.

By: _Jimmy O. Brown_
     Jimmy Q. Brown

2

## C E R T I F I C A T E   O F   S E R V I C E

This is to certify that the undersigned has this date served
the foregoing **MOTION TO COMPELL PERFORMANCE** in the above-captioned
action upon all other parties to this cause by depositing a copy
hereof in a postpaid wrapped in FCI Estill's official legal depository
addressed as follows:

**ADDRESSEE(S):**

OFFICE OF THE U.S. ATTORNEY
P.O. BOX 1713
CHARLESTON, WV 25326 - 1713


This _14th_ day of October, 2004.


                                        Jimmy D. Brown